UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22606-CIV-ALTONAGA/O'Sullivan

MELBA MOREIRA, RAUL MOREIRA,            )
RAFAELA LEONOR RUIZ, *and all others*   )
*similarly situated under 29 U.S.C. § 216(b)*, )
                                        )
            Plaintiff,                  )
    vs.                                 )
                                        )
AMERICLEAN BUILDING                     )
MAINTENANCE, INC., JAMES S.             )
JOHNSON,                                )
                                        )
            Defendant.                  )
_____ )

## PLAINTIFFS' STATEMENT OF CLAIM

**COME NOW** Plaintiffs, by and through undersigned counsel, pursuant to Court Order entered on July 13, 2015 [D.E. 5] and Court Order entered July 28, 2015 [D.E. 6], and Plaintiffs' Initial Complaint filed July 10, 2015 [D.E. 1], and hereby file Plaintiffs' Statement of Claim[1], and state as follows:

1. **Federal Minimum Wage Claim of Melba Moreica**
   a. Period Claimed: 11/23/2009 – 05/31/2011
      Weeks: 79 (rounded down)
      Hours (worked per week): 30
      Minimum wage: $7.25/hr
      Wage paid: $3.65/hr
      Wage owed: $3.60/hr
      Amount owed: $3.60/hr x 30 hrs/week x 79 weeks = $8,532

   b. Period Claimed: 06/01/2011 – 1/01/2012
      Weeks: 30 (rounded down)

---

[1] Plaintiffs also seek to include a minimum wage claim under Florida Statutes. However, they are still fulfilling the notice requirements. Plaintiffs reserves the right to amend this statement of claim once the notice provisions have been fulfilled and the Complaint amended.

      Hours (worked per week):  30
      Minimum wage:  $7.25/hr
      Wage paid:  $3.65/hr
      Wage owed:  $3.60/hr
      Amount owed:  $3.60/hr  x  30 hrs/week  x  30 weeks  =  $3,240.

c. Period Claimed: 01/01/2012 – 12/31/2012
   Weeks:  52 (rounded down)
   Hours (worked per week):  30
   Minimum wage:  $7.25/hr
   Wage paid:  $3.65/hr
   Wage owed:  $3.60/hr
   Amount owed:  $3.60/hr  x  30 hrs/week  x  52 weeks  =  $5,616.

d. Period Claimed: 1/01/2013 – 12/31/2013
   Weeks:  52
   Hours (worked per week):  30
   Minimum wage:  $7.25/hr
   Wage paid:  $3.65/hr
   Wage owed:  $3.60/hr
   Amount owed:  $3.60/hr  x  30 hrs/week  x  52 weeks  =  $5,616.

e. Period Claimed: 1/01/2014 – 12/31/2014
   Weeks:  52 (rounded down)
   Hours (worked per week):  30
   Minimum wage:  $7.25/hr
   Wage paid:  $3.65/hr
   Wage owed:  $3.60 /hr
   Amount owed:  $3.60/hr  x  30 hrs/week  x  52 weeks  =  $5,616.

f. Period Claimed: 1/01/2015 – 07/10/2015
   Weeks:  27 (rounded down)
   Hours (worked per week):  30
   Minimum wage:  $7.25/hr
   Wage paid:  $3.65/hr
   Wage owed:  $3.60/hr
   Amount owed:  $3.60/hr  x  30 hrs/week  x  27 weeks  =  $2,916.

g. Total for Melba Moreira: $31,536.00.

2. **Federal Minimum Wage Claim for Raul Moreira**

   a. Period Claimed: 11/23/2009 – 05/31/2011
      Weeks:  79 (rounded down)
      Hours (worked per week):  30
      Minimum wage:  $7.25/hr
      Wage paid:  $3.65/hr
      Wage owed:  $3.60/hr
      Amount owed:  $3.60/hr  x  30 hrs/week  x  79 weeks  =  $8,532

   b. Period Claimed: 06/01/2011 – 1/01/2012
      Weeks:  30 (rounded down)
      Hours (worked per week):  30
      Minimum wage:  $7.25/hr
      Wage paid:  $3.65/hr
      Wage owed:  $3.60/hr
      Amount owed:  $3.60/hr  x  30 hrs/week  x  30 weeks  =  $3,240.

   c. Period Claimed: 01/01/2012 – 12/31/2012
      Weeks:  52 (rounded down)
      Hours (worked per week):  30
      Minimum wage:  $7.25/hr
      Wage paid:  $3.65/hr
      Wage owed:  $3.60/hr
      Amount owed:  $3.60/hr  x  30 hrs/week  x  52 weeks  =  $5,616.

   d. Period Claimed: 1/01/2013 – 12/31/2013
      Weeks:  52
      Hours (worked per week):  30
      Minimum wage:  $7.25/hr
      Wage paid:  $3.65/hr
      Wage owed:  $3.60/hr
      Amount owed:  $3.60/hr  x  30 hrs/week  x  52 weeks  =  $5,616.

   e. Period Claimed: 1/01/2014 – 12/31/2014
      Weeks:  52 (rounded down)
      Hours (worked per week):  30
      Minimum wage:  $7.25/hr
      Wage paid:  $3.65/hr
      Wage owed:  $3.60 /hr

    Amount owed:  $3.60/hr  x  30 hrs/week  x  52 weeks  =  $5,616.

  f. <u>Period Claimed: 1/01/2015 – 07/10/2015</u>
    <u>Weeks:</u>  27 (rounded down)
    <u>Hours (worked per week):</u>  30
    <u>Minimum wage:</u>  $7.25/hr
    <u>Wage paid:</u>  $3.65/hr
    <u>Wage owed:</u>  $3.60/hr
    <u>Amount owed:</u>  $3.60/hr  x  30 hrs/week  x  27 weeks  =  $2,916.

  g. Total for Raul Moreira: $31,536.00.

3. **Federal Minimum Wage Claim of Rafaela Leonor Ruiz**
  a. <u>Period Claimed: 11/23/2009 – 05/31/2011</u>
    <u>Weeks:</u>  79 (rounded down)
    <u>Hours (worked per week):</u>  30
    <u>Minimum wage:</u>  $7.25/hr
    <u>Wage paid:</u>  $3.65/hr
    <u>Wage owed:</u>  $3.60/hr
    <u>Amount owed:</u>  $3.60/hr  x  30 hrs/week  x  79 weeks  =  $8,532

  b. <u>Period Claimed: 06/01/2011 – 1/01/2012</u>
    <u>Weeks:</u>  30 (rounded down)
    <u>Hours (worked per week):</u>  30
    <u>Minimum wage:</u>  $7.25/hr
    <u>Wage paid:</u>  $3.65/hr
    <u>Wage owed:</u>  $3.60/hr
    <u>Amount owed:</u>  $3.60/hr  x  30 hrs/week  x  30 weeks  =  $3,240.

  c. <u>Period Claimed: 01/01/2012 – 12/31/2012</u>
    <u>Weeks:</u>  52 (rounded down)
    <u>Hours (worked per week):</u>  30
    <u>Minimum wage:</u>  $7.25/hr
    <u>Wage paid:</u>  $3.65/hr
    <u>Wage owed:</u>  $3.60/hr
    <u>Amount owed:</u>  $3.60/hr  x  30 hrs/week  x  52 weeks  =  $5,616.

  d. <u>Period Claimed: 1/01/2013 – 12/31/2013</u>
    <u>Weeks:</u>  52
    <u>Hours (worked per week):</u>  30
    <u>Minimum wage:</u>  $7.25/hr

   <u>Wage paid:</u>  $3.65/hr
   <u>Wage owed:</u>  $3.60/hr
   <u>Amount owed:</u>  $3.60/hr  x  30 hrs/week  x  52 weeks  =  $5,616.

e. <u>Period Claimed: 1/01/2014 – 12/31/2014</u>
   <u>Weeks:</u>  52 (rounded down)
   <u>Hours (worked per week):</u>  30
   <u>Minimum wage:</u>  $7.25/hr
   <u>Wage paid:</u>  $3.65/hr
   <u>Wage owed:</u>  $3.60 /hr
   <u>Amount owed:</u>  $3.60/hr  x  30 hrs/week  x  52 weeks  =  $5,616.

f. <u>Period Claimed: 1/01/2015 – 07/10/2015</u>
   <u>Weeks:</u>  27 (rounded down)
   <u>Hours (worked per week):</u>  30
   <u>Minimum wage:</u>  $7.25/hr
   <u>Wage paid:</u>  $3.65/hr
   <u>Wage owed:</u>  $3.60/hr
   <u>Amount owed:</u>  $3.60/hr  x  30 hrs/week  x  27 weeks  =  $2,916.

g. Total for Rafaela Leonor Ruiz: $31,536.00.

                                        Respectfully Submitted,

                                        J.H. Zidell, P.A.
                                        300 71st Street, Suite 605
                                        Miami Beach, Florida 33141
                                        Tel: (305) 865-6766
                                         Fax: (305) 865-7167
                                        *Attorneys for Plaintiff*

                                        By:  /s/ Julia M. Garrett
                                        Julia M. Garrett, Esq.
                                        jgarrett.jhzidellpa@gmail.com
                                        Florida Bar Number: 105151

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on July 29, 2015, and that no attorney has appeared on behalf of Defendants as of this filing.

> J.H. Zidell, P.A.
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
> *Attorneys for Plaintiff*
>
> By: /s/ Julia M. Garrett
> Julia M. Garrett, Esq.
> jgarrett.jhzidellpa@gmail.com
> Florida Bar Number: 105151