UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-22606-CIV-ALTONAGA/O'Sullivan

**MELBA MOREIRA**, *et al.*,

    Plaintiffs,

v.

**AMERICLEAN BUILDING MAINTENANCE, INC.**, *et al.*,

    Defendants.

_____/

**ORDER**

THIS CAUSE came before the Court upon Defendants' Unopposed Motion for Extension of Time ("Motion") [ECF No. 13]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendants shall respond to the Complaint on or before **August 20, 2015**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 5th day of August, 2015.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record