UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22606-CIV-ALTONAGA/O'SULLIVAN

MELBA MOREIRA, RAUL MOREIRA,
and RAFAELA LEONOR RUIS,

    Plaintiffs,

v.

AMERICLEAN BUILDING MAINTENANCE,
INC. and JAMES S. JOHNSON,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court *sua sponte*. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the defendants, AMERICLEAN BUILDING MAINTENANCE, INC. and JAMES S. JOHNSON, shall file responses to the plaintiffs' Statement of Claim (DE # 9, 7/29/15) on or before Tuesday, September 8, 2015.

**DONE AND ORDERED** in Chambers at Miami, Florida this **4th** day of September, 2015.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Altonaga
All counsel of record