UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:15-cv-22606-CMA

MELBA MOREIRA, RAUL MOREIRA, RAFAELA LEONOR RUIS, and all others similarly situated under 29 U.S.C. §216(b),

     Plaintiffs,

v.

AMERICLEAN BUILDING MAINTENANCE, INC., JAMES S. JOHNSON,

     Defendants.
_____/

## DEFENDANTS' RESPONSE TO PLAINTIFFS' STATEMENT OF CLAIM

Defendants, AMERICLEAN BUILDING MAINTENANCE, INC. ("Americlean") and JAMES S. JOHNSON, by and through their undersigned counsel and pursuant to this Court's Order dated September 4, 2015 [DE #23] hereby file their Response to Plaintiffs' Statement of Claim [DE #9], dated July 29, 2015, as follows:

1.    Plaintiffs RAUL MOREIRA and RAFAELA LEONOR RUIS were never employees of the Defendants. To the extent they did perform any services as they allege, those services were for the benefit of Plaintiff, MELBA MOREIRA, who contracted, or otherwise agreed with them for them to provide those services and to help her without the knowledge and/or consent of the Defendants. Therefore, Defendants deny that these two Plaintiffs worked for their benefit the amount of hours they claim *in toto*.

2.    During her association with MRC, Plaintiff, MELBA MOREIRA, and/or Plaintiff's company were [an] independent contractor[s] and not [an] employee[s] under the FLSA. She [they] was [were] paid a flat monthly fee for their services. The relationship with

Americlean was that of an independent contractor and evidenced by the economic realities of the Parties' relationship. Therefore, MELBA MOREIRA was not eligible for FLSA protection because the FLSA does not apply to independent contractors. See, *Murray v. Playmaker Servs. LLC*, 512 F. Supp. 2d 1273, 1276 (S.D. Fla. 2007).

3. In addition to the basic inaccuracies in Plaintiffs' allegations described above, Plaintiff's Statement of Claim is also based on unsupported and exaggerated estimation of the hours they allegedly performed services for the Defendants. While Plaintiffs were not paid by the hour but in a flat monthly fee agreed-to, given the amount of work the sites required and basic impossibilities governed by the work schedule of the office sites involved, their time estimations are exaggerated. Therefore, the Defendants deny that the Plaintiffs worked the amount of weekly hours alleged and estimated in their Statement of Claim.

Respectfully submitted, this 4th day of September, 2015.

            LUBELL & ROSEN, LLC
            *Attorneys for Defendants*
            200 S. Andrews Ave, Suite 900
            Ft. Lauderdale, Florida 33301
            Phone: (954) 880-9500
            Fax: (954) 755-2993
            E-mail: adi@lubellrosen.com

            By: *s/Adi Amit*
              Adi Amit, Esquire
              Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2015, I electronically filed the foregoing document with the clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Adi Amit*
Adi Amit

## SERVICE LIST

*Melba Moreira, et al. v. Americlean Building Maintenance, Inc., et al.,*
S.D. Fla. Case No. 1:15-cv-22606-CMA

| | |
|---|---|
| Julia M. Garrett, Esq.<br>Elizabeth O. Hueber, Esq.<br>Jamie H. Zidell, Esq.<br>J.H. Zidell, P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, FL 33141<br>jgarrett.jhzidellpa@gmail.com<br>elizabeth.hueber.esq@gmail.com<br>ZABOGADO@AOL.COM<br>*Counsel for Plaintiffs* | Adi Amit, Esquire<br>LUBELL & ROSEN, LLC<br>200 S. Andrews Avenue<br>Suite 900<br>Fort Lauderdale, Florida 33301<br>adi@lubellrosen.com<br>*Counsel for Defendants* |