UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-22606-CIV-ALTONAGA/O'Sullivan

MELBA MOREIRA, RAUL MOREIRA, )
RAFAELA LEONOR RUIZ, *and all others* )
*similarly situated under 29 U.S.C. § 216(b)*, )
)
    Plaintiff, )
 vs. )
)
AMERICLEAN BUILDING )
MAINTENANCE, INC., JAMES S. )
JOHNSON, )
)
    Defendant. )
_____ )

**PLAINTIFFS' AMENDED STATEMENT OF CLAIM**

 **COME NOW** Plaintiffs, by and through undersigned counsel, pursuant to Court Order entered on July 13, 2015 [D.E. 5] and Court Order entered July 28, 2015 [D.E. 6], and Plaintiffs' Initial Complaint filed July 10, 2015 [D.E. 1], and hereby file Plaintiffs' Amended Statement of Claim, and state as follows:

1. **Minimum Wage Claim of Melba Moreica**
   a. Period Claimed: 11/23/2009 – 05/31/2011
      Weeks: 79 (rounded down)
      Hours (worked per week): 30
      Minimum wage: $7.25/hr
      Wage paid: $3.65/hr
      Wage owed: $3.60/hr
      Amount owed: $3.60/hr x 30 hrs/week x 79 weeks = $8,532

   b. Period Claimed: 06/01/2011 – 1/01/2012
      Weeks: 30 (rounded down)
      Hours (worked per week): 30
      Minimum wage: $7.31/hr
      Wage paid: $3.65/hr
      Wage owed: $3.66/hr

    Amount owed:  $3.66/hr  x  30 hrs/week  x  30 weeks  =  $3,294.

c. Period Claimed: 01/01/2012 – 12/31/2012
Weeks:  52 (rounded down)
Hours (worked per week):  30
Minimum wage:  $7.67/hr
Wage paid:  $3.65/hr
Wage owed:  $4.02/hr
Amount owed:  $4.02 hr  x  30 hrs/week  x  52 weeks  =  $6,271.20

d. Period Claimed: 1/01/2013 – 12/31/2013
Weeks:  52
Hours (worked per week):  30
Minimum wage:  $7.79/hr
Wage paid:  $3.65/hr
Wage owed:  $4.14/hr
Amount owed:  $4.14/hr  x  30 hrs/week  x  52 weeks  =  $6,458.4

e. Period Claimed: 1/01/2014 – 12/31/2014
Weeks:  52 (rounded down)
Hours (worked per week):  30
Minimum wage:  $7.93/hr
Wage paid:  $3.65/hr
Wage owed:  $4.28 /hr
Amount owed:  $4.28/hr  x  30 hrs/week  x  52 weeks  =  $6,630.

f. Period Claimed: 1/01/2015 – 09/9/2015
Weeks:  **36** (rounded down)
Hours (worked per week):  30
Minimum wage:  $8.05/hr
Wage paid:  $3.65/hr
Wage owed:  $4.4/hr
Amount owed:  $4.40/hr  x  30 hrs/week  x  36 weeks  =  $4,752.

  g.  Total minimum wages owed to Melba Moreira: $35,937.60.  Liquidated damages x 2, $71,875.20.

2. **Miminum Wage Claim for Raul Moreira**
    a. a. <u>Period Claimed: 11/23/2009 – 05/31/2011</u>
       <u>Weeks:</u>  79 (rounded down)
       <u>Hours (worked per week):</u>  30
       <u>Minimum wage:</u>  $7.25/hr
       <u>Wage paid:</u>  $3.65/hr
       <u>Wage owed:</u>  $3.60/hr
       <u>Amount owed:</u>  $3.60/hr  x  30 hrs/week  x  79 weeks  =  $8,532

    b. <u>Period Claimed: 06/01/2011 – 1/01/2012</u>
       <u>Weeks:</u>  30 (rounded down)
       <u>Hours (worked per week):</u>  30
       <u>Minimum wage:</u>  $7.31/hr
       <u>Wage paid:</u>  $3.65/hr
       <u>Wage owed:</u>  $3.66/hr
       <u>Amount owed:</u>  $3.66/hr  x  30 hrs/week  x  30 weeks  =  $3,294.

    c. <u>Period Claimed: 01/01/2012 – 12/31/2012</u>
       <u>Weeks:</u>  52 (rounded down)
       <u>Hours (worked per week):</u>  30
       <u>Minimum wage:</u>  $7.67/hr
       <u>Wage paid:</u>  $3.65/hr
       <u>Wage owed:</u>  $4.02/hr
       <u>Amount owed:</u>  $4.02 hr  x  30 hrs/week  x  52 weeks  =  $6,271.20

    d. <u>Period Claimed: 1/01/2013 – 12/31/2013</u>
       <u>Weeks:</u>  52
       <u>Hours (worked per week):</u>  30
       <u>Minimum wage:</u>  $7.79/hr
       <u>Wage paid:</u>  $3.65/hr
       <u>Wage owed:</u>  $4.14/hr
       <u>Amount owed:</u>  $4.14/hr  x  30 hrs/week  x  52 weeks  =  $6,458.4

    e. <u>Period Claimed: 1/01/2014 – 12/31/2014</u>
       <u>Weeks:</u>  52 (rounded down)
       <u>Hours (worked per week):</u>  30
       <u>Minimum wage:</u>  $7.93/hr
       <u>Wage paid:</u>  $3.65/hr
       <u>Wage owed:</u>  $4.28 /hr
       <u>Amount owed:</u>  $4.28/hr  x  30 hrs/week  x  52 weeks  =  $6,630.

   f.  Period Claimed: 1/01/2015 – 09/9/2015
      Weeks:  **36** (rounded down)
      Hours (worked per week):  30
      Minimum wage:  $8.05/hr
      Wage paid:  $3.65/hr
      Wage owed:  $4.4/hr
      Amount owed:  $4.40/hr  x  30 hrs/week  x  36 weeks  =  $4,752.

  g.  Total minimum wages owed to Melba Moreira: $35,937.60.  Liquidated damages x 2, $71,875.20.


**3.  Minimum Wage Claim of Rafaela Leonor Ruiz**
   a.  a.  Period Claimed: 11/23/2009 – 05/31/2011
      Weeks:  79 (rounded down)
      Hours (worked per week):  30
      Minimum wage:  $7.25/hr
      Wage paid:  $3.65/hr
      Wage owed:  $3.60/hr
      Amount owed:  $3.60/hr  x  30 hrs/week  x  79 weeks  =  $8,532

   b.  Period Claimed: 06/01/2011 – 1/01/2012
      Weeks:  30 (rounded down)
      Hours (worked per week):  30
      Minimum wage:  $7.31/hr
      Wage paid:  $3.65/hr
      Wage owed:  $3.66/hr
      Amount owed: $3.66/hr  x  30 hrs/week  x  30 weeks  =  $3,294.

   c.  Period Claimed: 01/01/2012 – 12/31/2012
      Weeks:  52 (rounded down)
      Hours (worked per week):  30
      Minimum wage:  $7.67/hr
      Wage paid:  $3.65/hr
      Wage owed:  $4.02/hr
      Amount owed:  $4.02 hr  x  30 hrs/week  x  52 weeks  =  $6,271.20

   d.  Period Claimed: 1/01/2013 – 12/31/2013
      Weeks: 52
      Hours (worked per week):  30

    Minimum wage:  $7.79/hr
    Wage paid:  $3.65/hr
    Wage owed:  $4.14/hr
    Amount owed:  $4.14/hr  x  30 hrs/week  x  52 weeks  =  $6,458.4

e. Period Claimed: 1/01/2014 – 12/31/2014
    Weeks:  52 (rounded down)
    Hours (worked per week):  30
    Minimum wage:  $7.93/hr
    Wage paid:  $3.65/hr
    Wage owed:  $4.28 /hr
    Amount owed:  $4.28/hr  x  30 hrs/week  x  52 weeks  =  $6,630.

f. Period Claimed: 1/01/2015 – 09/9/2015
    Weeks:  **36** (rounded down)
    Hours (worked per week):  30
    Minimum wage:  $8.05/hr
    Wage paid:  $3.65/hr
    Wage owed:  $4.4/hr
    Amount owed:  $4.40/hr  x  30 hrs/week  x  36 weeks  =  $4,752.

g. Total minimum wages owed to Melba Moreira: $35,937.60.  Liquidated damages x 2, $71,875.20.

**Total for all Parties = $215,625.60 + Costs + Fees**

                                            Respectfully Submitted,

                                            J.H. Zidell, P.A.
                                            300 71st Street, Suite 605
                                            Miami Beach, Florida 33141
                                            Tel: (305) 865-6766
                                             Fax: (305) 865-7167
                                            *Attorneys for Plaintiff*

                                            By:  /s/ Elizabeth O. Hueber
                                            Elizabeth Olivia Hueber
                                            elizabeth.hueber.esq@gmail.com
                                            Florida Bar Number: 0073061

### **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on September 9, 2015, and that no attorney has appeared on behalf of Defendants as of this filing.

> J.H. Zidell, P.A.
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
> *Attorneys for Plaintiff*
>
> By: /s/ Elizabeth O. Hueber
> Elizabeth Olivia Hueber
> Elizabeth.hueber.esq@gmail.com
> Florida Bar Number: 0073061

Adi Amit, Esq.
adi@lubellrosen.com
Lubell & Rosen, LLC
200 S. Andrews Avenue, Suite 900
Fort Lauderdale, FL 33301
954-880-9500
Fax: 954-755-2993
*Attorney for Defendants*