UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22606-CIV-ALTONAGA/O'SULLIVAN

MELBA MOREIRA, RAUL MOREIRA,
and RAFAELA LEONOR RUIS,

      Plaintiffs,

v.

AMERICLEAN BUILDING MAINTENANCE,
INC. and JAMES S. JOHNSON,

      Defendants.
_____/

## NOTICE OF OUTCOME OF SETTLEMENT CONFERENCE

On September 10, 2015, the undersigned conducted a settlement conference.

The parties were unable to reach a settlement.

**DONE AND ORDERED** in Chambers at Miami, Florida this **10th** day of September, 2015.

                                                                   JOHN J. O'SULLIVAN
                                                  UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Altonaga
All counsel of record