UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22606-CIV-ALTONAGA/O'Sullivan

**MELBA MOREIRA**, *et al.*,

    Plaintiffs,
v.

**AMERICLEAN BUILDING
MAINTENANCE, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. The Order of July 13, 2015 [ECF No. 5] required Defendants to respond to Plaintiffs' statement of claim within twenty (20) days of being served. Plaintiffs filed an Amended Statement of Claim [ECF No. 25] September 9, 2015. The Court notes counsel for Plaintiffs incorrectly certified no attorney had appeared on behalf of Defendants at the time of filing (*see id.* 6), and therefore did not attest to having served the Amended Statement of Claim on Defendants as required. Nonetheless, counsel for Defendants has long since appeared in this case; receives notice upon the filing of new documents; and previously responded to the initial Statement of Claim (*see* [ECF No. 24]). The time for compliance has passed. Accordingly, it is

**ORDERED AND ADJUDGED** that Defendants shall respond to the Amended Statement of Claim in accordance with the July 13 Order by **October 5, 2015**.

CASE NO. 15-22606-CIV-ALTONAGA/O'Sullivan

**DONE AND ORDERED** in Miami, Florida, this 1st day of October, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record