UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-cv-22606-ALTONAGA/O'Sullivan

MELBA MOREIRA, RAUL MOREIRA,
RAFAELA LEONOR RUIZ, and all others
similarly situated under 29 U.S.C. §
216(b),

    Plaintiffs,

vs.

AMERICLEAN BUILDING
MAINTENANCE, INC., JAMES S.
JOHNSON,

    Defendant.
_____/

## NOTICE OF MEDIATION

Date and Time:    Monday, December 7, 2015, 10:00 a.m.

**Location:**    **K & A Mediation**
**Alfred I. Dupont Building**
**169 East Flagler Street**
**Suite 1420**
**Miami, FL 33131**

**Parking:**    **PARKING ENTRANCE ON NORTH SIDE OF BUILDING. TO LOCATE ENTRANCE TO PARKING BY GPS, PLEASE REFERENCE *170 NE 1st Street, Miami, Florida***

Mediator:    Markel Arrizabalaga
Florida Supreme Court Certified Circuit Court Mediator
USDC, Southern District of Florida Certified Mediator

The Mediator is neutral and may not act as an advocate for any party.

A detailed summary of all charges, policies and procedures are attached. Additional details and information, including mediator biographies, facilities and driving directions can be found at www.kamediation.com.

    /s/Markel Arrizabalaga
    Markel Arrizabalaga
    Florida Bar No. 008052/ Mediator No. 18276R
    **K & A MEDIATION**
    The Historic Alfred I. Dupont Building
    169 East Flagler Street, Suite 1420
    Miami, Florida 33131
    Telephone: (305) 377-2728
    Facsimile: (305) 377-8390



Email: markel@kamediation.com
www.kamediation.com

**CERTIFICATE OF SERVICE**

Copies Furnished on October 2, 2015, via eservice to:

| | |
|---|---|
| Julia M. Garrett | Adi Amit |
| J.H. Zidell, P.A. | Lubell & Rosen, LLC |
| 300 71st Street, Suite 605 | 200 S. Andrews Avenue, Suite 900 |
| Miami Beach, Florida 33141 | Fort Lauderdale, FL 33301 |
| Tel: (305) 865-6766 | 954-880-9500 |
| Fax: (305) 865-7167 | Fax: 954-755-2993 |
| jgarrett.jhzidellpa@gmail.com | adi@lubellrosen.com |
| Attorneys for Plaintiff | Attorney for Defendants |

/s/Markel Arrizabalaga



# K&A MEDIATION
## Charges, Policies and Procedures

Thank you for selecting K & A Mediation to mediate your case. Our charges, policies and procedures are as follows.

1. *For mediations taking place in Miami-Dade County:*
   a. $395.00 per hour, divided equally among the parties.
      A minimum of two (2) hours will be charged for half day mediations and a minimum of four (4) hours will be charged for full day mediations.
   b. Time will not be charged for travel, however, parking charges, if any, will be divided equally among the parties.

2. *For mediations taking place in locations other than Miami-Dade County:*
   a. $395.00 per hour, divided equally among the parties.
      A minimum of two (2) hours will be charged for half day mediations and a minimum of four (4) hours will be charged for full day mediations
   b. Actual travel time will be charged at $200 per hour plus any applicable parking charges, divided equally among the parties.
   c. *For mediations taking place at US Legal locations,* each party will be charged an additional $ 200 per half day.

3. **Cancellation fees –** We recognize that mediations often cancel, and, frequently, this occurs close in time to the scheduled date of mediation. However, because time has been set aside for you and made unavailable to others, a cancellation less than two (2) business days prior to mediation will result in a charge equivalent to the 2 hour minimum divided equally between the parties.  In any event, if your mediation requires cancellation, we ask that you please provide us with as much advance notice as you can.

4. If you choose to send a summary of the case or other materials you would like us to consider in preparation for the mediation, please provide enough time for review of the materials in advance of mediation. Two to five days in advance should suffice. Depending on the volume of material reviewed, K & A reserves the right to charge the parties for time spent reviewing such materials at the applicable hourly rate ($395 per hour).

5. Counsel for the respective parties are responsible for timely payment of mediation fees and charges, WITHIN 10 DAYS OF MEDIATION. Checks should be payable to K & A Mediation.  EIN #20-0979400.

6. In the event that any of the participants have any special safety or health concerns, or other special needs, please advise our office prior to the date of mediation.

7. In the event that the mediation is voluntary or other than a court ordered mediation, all participants acknowledge and agree that the mediation shall be conducted as though court ordered, and, therefore, all statutes and rules with respect to mediator immunity and mediation confidentiality apply.

Thank you again for choosing K & A Mediation.  Please refer to www.kamediation.com or call if you have any questions.

