UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:15-cv-22606-CMA

MELBA MOREIRA, RAUL MOREIRA,
RAFAELA LEONOR RUIS, and all others
similarly situated under 29 U.S.C. §216(b),

      Plaintiffs,

v.

AMERICLEAN BUILDING
MAINTENANCE, INC., JAMES S.
JOHNSON,

      Defendants.

_____/

## DEFENDANTS' RESPONSE TO PLAINTIFFS' AMENDED STATEMENT OF CLAIM

      Defendants, AMERICLEAN BUILDING MAINTENANCE, INC. ("Americlean") and JAMES S. JOHNSON, by and through their undersigned counsel, hereby file their Response to Plaintiffs' Amended Statement of Claim [DE #25], dated September 9, 2015, as follows:

      1.    Plaintiffs RAUL MOREIRA and RAFAELA LEONOR RUIS were never employees of the Defendants. To the extent they did perform any services as they allege, those services were for the benefit of Plaintiff, MELBA MOREIRA, who contracted, or otherwise agreed with them for them to provide those services and to help her without the knowledge and/or consent of the Defendants. Therefore, Defendants deny that these two Plaintiffs worked for their benefit the amount of hours they claim *in toto*.

      2.    During her association with MRC, Plaintiff, MELBA MOREIRA, and/or Plaintiff's company were [an] independent contractor[s] and not [an] employee[s] under the FLSA. She [they] was [were] paid a flat monthly fee for their services. The relationship with Americlean was that of an independent contractor and evidenced by the economic realities of the

Parties' relationship. Therefore, MELBA MOREIRA was not eligible for FLSA protection because the FLSA does not apply to independent contractors. See, *Murray v. Playmaker Servs. LLC*, 512 F. Supp. 2d 1273, 1276 (S.D. Fla. 2007).

3.     In addition to the basic inaccuracies in Plaintiffs' allegations described above, Plaintiffs' Amended Statement of Claim is also based on unsupported and exaggerated estimation of the hours they allegedly performed services for the Defendants. While Plaintiff, MELBA MOREIRA, was not paid by the hour but in a flat monthly fee agreed-to between her and AMERICLEAN BUILDING MAINTENANCE, INC., given the amount of work the sites required and basic impossibilities governed by the work schedule and restrictions imposed by the office site involved, her (and their) alleged time estimations (is) are exaggerated. Therefore, the Defendants deny that the Plaintiffs worked the amount of weekly hours alleged and estimated in their Amended Statement of Claim.

Respectfully submitted, this 5th day of October, 2015.

LUBELL & ROSEN, LLC
*Attorneys for Defendants*
200 S. Andrews Ave, Suite 900
Ft. Lauderdale, Florida 33301
Phone: (954) 880-9500
Fax: (954) 755-2993
E-mail:      adi@lubellrosen.com

By: *s/Adi Amit*
        Adi Amit, Esquire
        Florida Bar No. 35257

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on October 5, 2015, I electronically filed the foregoing document with the clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Adi Amit*
Adi Amit

## <u>SERVICE LIST</u>

*Melba Moreira, et al. v. Americlean Building Maintenance, Inc., et al.,*
S.D. Fla. Case No. 1:15-cv-22606-CMA

Julia M. Garrett, Esq.
Elizabeth O. Hueber, Esq.
Jamie H. Zidell, Esq.
J.H. Zidell, P.A.
300 71st Street
Suite 605
Miami Beach, FL 33141
jgarrett.jhzidellpa@gmail.com
elizabeth.hueber.esq@gmail.com
ZABOGADO@AOL.COM
*Counsel for Plaintiffs*

Adi Amit, Esquire
LUBELL & ROSEN, LLC
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, Florida 33301
adi@lubellrosen.com
*Counsel for Defendants*