UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:15-cv-22606-CMA

MELBA MOREIRA, RAUL MOREIRA, RAFAELA LEONOR RUIS, and all others similarly stated under 29 U.S.C. §216(b),

    Plaintiff,

v.

AMERICLEAN BUILDING MAINTENANCE, INC., JAMES S. JOHNSON,

    Defendants.

_____/

**NOTICE OF CANCELLATION OF DISCOVERY HEARING BEFORE UNITED STATES MAGISTRATE JUDGE JOHN O'SULLIVAN**

    PLEASE TAKE NOTICE that the undersigned has **cancelled** Defendants' Discovery Hearing on Plaintiff's Objections to Discovery set for Friday, November 13, 2015 at 10:00 a.m., before the Honorable Magistrate Judge John O'Sullivan, 5th Floor, Clyde Adkins United States Courthouse at 301 N. Miami Avenue, Miami, Florida.

Respectfully submitted, this 12th day of November, 2015.

                                                 LUBELL & ROSEN, LLC
                                                 *Attorneys for Defendants*
                                                 200 S. Andrews Ave, Suite 900
                                                 Ft. Lauderdale, Florida 33301
                                                 Phone: (954) 880-9500
                                                 Fax: (954) 755-2993
                                                 E-mail:   adi@lubellrosen.com

                                                 By: *s/Adi Amit*
                                                    Adi Amit, Esquire
                                                    Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 12th, 2015, I electronically filed the foregoing document with the clerk of the court using CM/ECF.  I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s *Adi Amit*
Adi Amit, Esquire
Florida Bar No: 35257

## SERVICE LIST

*Melba Moreira, et al. v. Americlean Building Maintenance, Inc., et al.*
S.D. Fla. Case No. 1:15-cv-22606-CMA

| | |
|---|---|
| Julia M. Garrett, Esq. | Adi Amit, Esquire |
| Elizabeth O. Hueber, Esq. | Natalie P. Mescolotto |
| J.H. Zidell, Esq. | LUBELL & ROSEN, LLC |
| J.H. ZIDELL, P.A. | 200 S Andrews Ave.,Suite 900 |
| 300 71st Street, Suite 605 | Ft. Lauderdale, Florida 33301 |
| Miami Beach, Florida 33141 | adi@lubellrosen.com |
| jgarrett.jhzidellpa@gmail.com | npm@lubellrosen.com |
| elizabeth.hueber.esq.@gmail.com | *Counsel for Defendants* |
| ZABOGADO@AOL.COM | |
| *Counsel for Plaintiffs* | |