UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:15-cv-22606-CMA

MELBA MOREIRA, RAUL MOREIRA, RAFAELA LEONOR RUIZ, and all others similarly stated under 29 U.S.C. §216(b),

    Plaintiff,

v.

AMERICLEAN BUILDING MAINTENANCE, INC., JAMES S. JOHNSON,

    Defendants.
_____/

## SWORN DECLARATION OF JAMES S. JOHNSON

1. My name is James S. Johnson; I am over the age of eighteen and I make this affidavit based on my personal knowledge of the facts stated herein.

2. I am the owner of Americlean Building Maintenance, Inc.

3. Americlean Building Maintenance, Inc. is a commercial cleaning company that provides services for office buildings in South Florida.

4. An individual named Patrick Arreaga is the General Manager of Americlean Building Maintenance, Inc. He has worked with me since the inception of Americlean Building Maintenance, Inc. As an owner of Americlean Building Maintenance, Inc., I have signatory authority with company accounts.

5. Mr. Arreaga is the individual who runs all day-to-day operations of Americlean Building Maintenance, Inc.

6. Mr. Arreaga determines the rates of pay for cleaners based on his personal experience.

1

7. Mr. Arreaga determines the schedules and locations for cleaners.

8. Mr. Arreaga is responsible for hiring, firing, training, and discipline of all employees of Americlean Building Maintenance, Inc.

9. I do not visit Americlean Building Maintenance, Inc. worksites. Patrick Arreaga does that.

10. I do not oversee any of Americlean Building Maintenance, Inc.'s employees in any manner. Patrick Arreaga does that.

11. I do not hire employees for Americlean Building Maintenance, Inc.

12. I do not address client issues with Americlean Building Maintenance, Inc.'s services, Patrick Arreaga does that.

13. I have never met any of the Plaintiffs.

I, James S. Johnson, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that I am over the age of 18 years, and that the foregoing statements are true and correct.

_____
JAMES S. JOHNSON

_1-20-16_____
Date