Americlean Building Maintenance Inc

| | | | |
|---|---|---|---|
| Melba Moreira | | 7/31/2012 | 000172 |
| | Ecoplex | | 1,385.00 |
| | Equipment Rental | | -10.00 |
| Checking - Suntrust 0 | | | 1,375.00 |

PLN 0035

Americlean Building Maintenance, Inc/505 S. Flagler Dr. Ste 222

000810

Melba Moreira                                              9/30/2012

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 9/30/2012 | Bill | ECOPLEX-9302012 | 1,400.00 | 1,400.00 | | 1,400.00 |
| | | | | | Check Amount | 1,400.00 |

Checking - Suntrust 0                                                              1,400.00

PLN 0037

**AMERICLEAN BLDG MAINTENANCE INC**                                                                1719
  Melba Moreira
Date        Type  Reference              Original Amt.    Balance Due    5/15/2014
4/1/2014    Bill  04-2014                1,400.00         1,400.00       Discount         Payment
                                                                                          1,400.00
                                                                         Check Amount     1,400.00

Suntrust 3475 - Payrol  Ecoplex                                                           1,400.00

PLN 0057

| | | | |
|---|---|---|---|
| AMERICLEAN BUILDING SERVICES INC | | | 1279 |
| Melba Moreira | | 6/15/2015 | |
| | Ecoplex | | 1,360.00 |
| | Ecoplex - Equipment Rental | | -10.00 |

| | | |
|---|---|---|
| BB&T Operating Acco Ecoplex | | 1,350.00 |

PLN 0072