UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:15-cv-22606-CMA

MELBA MOREIRA, RAUL MOREIRA, RAFAELA LEONOR RUIS, and all others similarly situated under 29 U.S.C. 216(B),

    Plaintiffs,

vs.

AMERICLEAN BUILDING MAINTENANCE, INC., JAMES S. JOHNSON,

    Defendants
_____/

**DEFENDANTS' RESPONSE TO PLAINTIFFS' STATEMENT OF MATERIAL FACTS**

Defendants, by and through undersigned counsel, hereby file their Response to Plaintiffs' Statement of Facts [DE #52] as follows:

1.    Denied as stated: Admitted that Plaintiff, MELBA MOREIRA, worked for AMERICLEAN BUILDING MAINTENANCE, INC. and that her job duties included cleaning, throwing out the garbage, vacuuming, cleaning the curtains, chairs, taking out stains in the carpets, cleaning the bathrooms, and taking out the garbage, in the EcoPlex building, located in West Palm Beach, for a building Defendants performed cleaning services for. Denied that AMERICLEAN BUILDING MAINTENANCE, INC. was RAFAELA LEONOR RUIZ's "employer" as that term is defined by the FLSA: she admitted at her deposition under oath to not working for Americlean in the years 2011, 2012, 2013 and 2014. See, ***Depo. Transcript Excerpt of Rafaela Leonor Ruiz***, attached hereto as ***Exhibit A***, 10:13-17; 10:25 – 13:21. Ms. Ruiz also testified to never informing Americlean of her work hours. See, ***Exhibit A***, 16:17-25. Ms Ruiz

1

never sought employment from Americlean. See, DE #50-2, 84:10-12. Ms. Ruiz was never paid by Americlean. See, *DE #50-2*, 83:17-23.

Further, Denied that RAUL MOREIRA was employed by AMERICLEAN BUILDING MAINTENANCE, INC.: at his deposition, Mr. Moreira stated that he did not fill out an application (*DE #50-4*, 28:21-23); that he never interviewed for a job with Americlean (*DE #50-4*, 65:14-16); that he has no documents at all that prove that he ever worked for Americlean (*DE #50-4*, 30:13-16; 66:16-19); that he was never paid by Americlean (*DE #50-4*, 49:4-6); and that he never reported work hours to Americlean (*DE #50-4*, 49:14-19; 50:10-17; 51:12-14). Melba Moreira admitted that Raul Moreira never sought employment from Americlean (*DE #50-2*, 84:7-9) and that Rafaela Leonor Ruiz never sought employment from Americlean (*DE #50-2*, 84:10-12). It was Melba Moreira's decision to pay Raul Moreira and Rafaela Leonor Ruiz and Americlean had nothing to do with that decision. (*DE #50-2*, 86:12-19)

2.  Denied that RAUL MOREIRA had no other job during the years he alleges to have worked for AMERICLEAN BUILDING MAINTENANCE, INC. See, *Raul Moreira's Sample Timesheets at Reflections of Boca Del Mar*, attached hereto as *Composite Exhibit B.* Further, Both Raul Moreira and his wife, Melba Moreira have owned cleaning businesses during the relevant years. See, *Composite Exhibit "C"*.

3.  Admitted that Melba Moreira was paid by check. Denied that James Johnson was the payee on the checks – Melba Moreira was the only payee on the checks. See, *DE #50-2*, 36:16-20. See, also check and stub samples, *DE #50-3*. Therefore, also denied that RAFAELA LEONOR RUIZ and RAUL MOREIRA were paid by check (or at all) by AMERICLEAN BUILDING MAINTENANCE, INC. *Id.* See also, *DE #50-2*, 86:12-19.

4. Admitted that Melba Moreira did not own her own cleaning equipment. Plaintiffs have failed to provide support to this statement as to RAFAELA LEONOR RUIZ and RAUL MOREIRA. Therefore, as to them it is denied.

5. Denied that Plaintiff, Melba Moreira, did not have employees with her. Melba Moreira paid RAFAELA LEONOR RUIZ and RAUL MOREIRA (*DE #50-2*, 74:19 – 75:4; 84:14 – 86:4; 86:12-19) Melba Moreira never even asked Americlean to pay RAFAELA LEONOR RUIZ and RAUL MOREIRA. See, *DE #50-2*, 83:17 – 84:1). Melba Moreira instructed the Plaintiffs to go to the building (EcoPlex). See, *Exhibit A*, 20:24 – 21:1. Melba Moreira instructed Plaintiffs as to their schedule. See, *Exhibit A*, 21:2-4. Melba Moreira promised the Plaintiffs that if they worked together, she would pay them. See, *Exhibit A*, 21:15-19; 22:3-6. Americlean never made that promise. *Exhibit A*, 21:20-21; 23:7-9. Admitted that Rafaela Ruiz does not own a business.

6. Admitted.

7. Denied that RAFAELA LEONOR RUIZ and RAUL MOREIRA performed services for which they needed to wear uniforms provided by Americlean. See, ¶¶13-15 - *Exhibit D* – affidavit of Patrick Arreaga, Americlean's general manager.

8. Admitted that Melba Moreira's supervisors were Luis Torres and Yesenia Robinson, along with Patrick Arreaga. Denied that Raul Moreira and Rafaela Ruiz were supervised by Luis Torres, Yesenia Robinson, or Patrick Arreaga. As discussed above, they were not employed by Americlean. See also, *Exhibit D*

9. Admitted that Patrick Arreaga determines Melba Moreira's schedule. Plaintiffs have not provided any support for their statement concerning Plaintiffs, Raul Moreira and

3

Rafaela Ruiz. Therefore, it is denied. Further, Rafaela Ruiz testified that Melba Moreira determined her schedule. See, *Exhibit A*, 21:2-4*.*

10. Admitted that Patrick Arreaga oversaw Melba Moreira's schedule. Plaintiffs have not provided any support for their statement concerning Plaintiffs, Raul Moreira and Rafaela Ruiz. Therefore, it is denied. Further, Rafaela Ruiz testified that Melba Moreira determined her schedule. See, *Exhibit A*, 21:2-4*.*

11. Denied. Melba Moreira herself testified that she was never disciplined by Americlean. *DE #50-2*, 23:5-8. Plaintiffs have not provided any support for their statement concerning Raul Moreira and Rafaela Ruiz. Therefore, denied.

12. Denied. Americlean had no knowledge that Raul Moreira or Rafaela Ruiz worked for it. See, ¶1, above. No one at Americlean has even communicated with Raul Moreira or Rafaela Ruiz. See, ¶¶ 18, 20 – *Exhibit D.*

**Additional Undisputed Facts in Opposition to Plaintiffs' Motion for Partial Summary Judgment**

1. Raul Moreira is Melba Moreira's husband. See, *DE #50-2*, 75:5-6.

2. Rafaela Leonor Ruiz is Melba Moreira's sister. See, *DE #50-2*, 75:7-8.

3. Rafaela Leonor Ruiz admitted to not working for Americlean in 2011, 2012, 2013, and 2014. See, *Exhibit A*, 13:18-21.

4. Rafaela Leonor Ruiz admitted to not working at EcoPlex building in 2011, 2012, 2013, and 2014. See, *Exhibit A*, 13:22-25.

5. Rafaela Leonor Ruiz did not file her taxes in 2011, 2012, 2013, and 2014. See, *Exhibit A*, 10:25 – 12:22

6. Rafaela Leonor Ruiz stated at her deposition that had she had any work in 2011, 2012, 2013, and 2014, she would have filed her taxes those years. *Id*.

4

7. Melba Moreira's cleaning site is at an office building called EcoPlex, not where Americlean is located. See, ***DE #50-2***, 24:2-14.

8. Melba Moreira the first and fourth floor of the EcoPlex building. See, ***DE #50-2***, 24:17-19.

9. Melba Moreira cleans the two floors in the EcoPlex building Monday to Friday, 6:30 p.m. until she is finished. See, ***DE #50-2***, 26:3-6; 10-11.

10. Melba Moreira never reported her time prior to filing the lawsuit. See. ***DE #50-2***, 33:13-21.

11. After filing the lawsuit, Melba Moreira started signing in and signing out with security at the EcoPlex building, not with Americlean. See, ***DE #50-2***, 33:25 – 34:20.

12. Melba Moreira never informed her supervisors about her start time or finish time. See, ***DE #50-2***, 34:21 – 35:10.

Respectfully submitted, this 8th day of February, 2016.

LUBELL & ROSEN, LLC
*Attorneys for Defendants*
200 S. Andrews Ave, Suite 900
Ft. Lauderdale, Florida 33301
Phone: (954) 880-9500
Fax: (954) 755-2993
E-mail:   adi@lubellrosen.com

By: *s/Adi Amit*
    Adi Amit, Esquire
    Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 8, 2016, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s *Adi Amit*
    Adi Amit, Esquire
    Florida Bar No: 35257

## SERVICE LIST

*Melba Moreira, et al. v. Americlean Building Maintenance, Inc., et al.*
S.D. Fla. Case No. 1:15-cv-22606-CMA

| | |
|---|---|
| Stephen M. Fox, Jr., Esq. | Adi Amit, Esquire |
| Elizabeth O. Hueber, Esq. | LUBELL & ROSEN, LLC |
| J.H. Zidell, Esq | 200 S. Andrews Avenue |
| J.H. ZIDELL, P.A. | Suite 900 |
| 300 71st Street, Suite 605 | Fort Lauderdale, Florida 33301 |
| Miami Beach, Florida 33141 | adi@lubellrosen.com |
| stephen.fox.esq@gmail.com | *Counsel for Defendants* |
| elizabeth.hueber.esq.@gmail.com | |
| ZABOGADO@AOL.COM | |
| *Counsel for Plaintiffs* | |