Melba Moreira vs. Americlean Building Maintenance, Inc
RAFAELA LEONOR RUIZ

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2

 3              CASE NO:  1:15-cv-22606-CMA

 4

 5   MELBA MOREIRA, RAUL MOREIRA,
     RAFAELA LEONOR RUIS, and all others
 6   similarly stated under 29 U.S.C. §216(b),

 7        Plaintiffs,

 8   v.

 9   AMERICLEAN BUILDING MAINTENANCE, INC.,
     JAMES S. JOHNSON,
10
          Defendants.
11   _____/

12

13

14   DEPOSITION OF:     RAFAELA LEONOR RUIZ

15   DATE:              DECEMBER 14, 2015

16   TIME:              9:00 A.M.

17   TAKEN BY:          DEFENDANT

18   PLACE:             LUBELL & ROSEN, LLC
                        200 SOUTH ANDREWS AVENUE
19                      SUITE 900
                        FORT LAUDERDALE, FLORIDA 33301
20

21

22

23   REPORTED BY:       JENNIFER BOMBALIER CARNEY
                        Notary Public, State of Florida
24

25
```

ORANGELEGAL            **Orange Legal**
                       **800-275-7991**

Melba Moreira vs. Americlean Building Maintenance, Inc
RAFAELA LEONOR RUIZ                                                                 2

```
 1
        A P P E A R A N C E S:
 2

 3    STEPHEN FRASER, ESQUIRE
      OF:   JH ZIDELL, P.A.
 4          300 71st Street, Suite 605
            Miami Beach, Florida 33141
 5          305-865-6766
            stephen.fraser.esq@gmail.com
 6
                  Counsel for the Plaintiff
 7

 8    ADI AMIT, ESQUIRE
      OF:   LUBELL & ROSEN, LLC
 9          200 S. Andrews Avenue, Suite 900
            Fort Lauderdale, Florida 33301
10          954-880-9500
            adi@lubellrosen.com
11
                  Counsel for the Defendant
12

13

14

15    ALSO PRESENT:   CRAIG CHAPMAN, Spanish Interpreter

16

17

18

19

20

21

22

23

24

25
```

ORANGELEGAL                    Orange Legal
                               800-275-7991

Case 1:15-cv-22606-CMA   Document 53-2   Entered on FLSD Docket 02/08/2016   Page 3 of 13

Melba Moreira vs. Americlean Building Maintenance, Inc
RAFAELA LEONOR RUIZ                                                    3

```
 1                    C O N T E N T S

 2    TESTIMONY OF RAFAELA LEONOR RUIZ

 3           Direct Examination by Mr. Amit..............4

 4           Cross-Examination by Mr. Fraser...........35

 5           Redirect Examination by Mr. Amit..........45

 6
      CERTIFICATE OF
 7    OATH......................................48

 8    CERTIFICATE OF
      REPORTER..................................49
 9

10

11
                         * * * * * *
12                         EXHIBITS

13    Defendant's

14    Exhibit No. 17..Responses to Interrogatories....25

15    Exhibit No. 18....Supplemental Responses........25

16    Exhibit No. 19.....Employment Card..............47

17

18

19                       * * * * * *

20                    S T I P U L A T I O N S

21          It is hereby stipulated and agreed by and

22    between counsel present for the respective parties,

23    and the deponent, that the reading and signing of

24    the deposition are hereby WAIVED.

25
```

Case 1:15-cv-22606-CMA   Document 53-2   Entered on FLSD Docket 02/08/2016   Page 4 of 13

Melba Moreira vs. Americlean Building Maintenance, Inc
RAFAELA LEONOR RUIZ                                                              4

```
 1                   P R O C E E D I N G S
 2                   * * * * * * * * *
 3            THE COURT REPORTER:  Do you solemnly swear
 4       that you will translate Spanish to English, and
 5       English to Spanish, to the best of your
 6       ability?
 7            THE INTERPRETER:  Yes.
 8                   CRAIG CHAPMAN,
 9  after having first duly sworn, interpreted English
10  to Spanish, and Spanish to English as follows:
11            THE COURT REPORTER:  Do you solemnly swear
12       or affirm the testimony you're about to give in
13       this matter will be the truth, the whole truth
14       and nothing but the truth?
15            THE WITNESS:  I do.
16                   RAFAELA LEONOR RUIZ,
17  after having been first duly sworn, testified as
18  follows:
19                   DIRECT EXAMINATION
20  BY MR. AMIT:
21       Q    Can you state your name for the record?
22       A    Rafaela Leonor Ruiz -- R-U-I-Z,
23  L-E-O-N-O-R.
24       Q    Miss Ruiz, my name is Adi Amit.  I'm the
25  attorney for the defendants.  I presume that you
```

Case 1:15-cv-22606-CMA   Document 53-2   Entered on FLSD Docket 02/08/2016   Page 5 of 13

Melba Moreira vs. Americlean Building Maintenance, Inc
RAFAELA LEONOR RUIZ                                                          10

```
 1   BY MR. AMIT:
 2        Q    So until last week, you did not know that
 3   your employment authorization card expired 16 years
 4   ago?
 5        A    I didn't know.
 6        Q    Okay.  Do you file your taxes?
 7        A    No.
 8        Q    Do you know that every person is to file
 9   taxes in this country?
10             MR. FRASER:  Object to the form.
11             THE WITNESS:  Yes.
12   BY MR. AMIT:
13        Q    Why do you not file your taxes?
14        A    Because I didn't have any work.
15        Q    If you had any work, you would have
16   reported and filed your taxes?
17        A    Yes.
18        Q    Is being truthful important to you?
19        A    Yes.
20        Q    Why?
21        A    Yes, to be sure.
22        Q    I don't understand.  Why is it important
23   for you to tell the truth?
24        A    It's to make sure I'm here okay.
25        Q    To go back to my question before, just to
```

Case 1:15-cv-22606-CMA   Document 53-2   Entered on FLSD Docket 02/08/2016   Page 6 of 13

Melba Moreira vs. Americlean Building Maintenance, Inc
RAFAELA LEONOR RUIZ                                                                11

```
 1   clarify, in 2014, you did not file your taxes?
 2        A    No.
 3        Q    Because you didn't have any work in that
 4   year?
 5        A    Yes.
 6        Q    In 2013, you didn't file taxes?
 7        A    No.
 8        Q    Wait for my questions, please.
 9        A    Okay.
10        Q    If 2013, you did not file your taxes,
11   correct?
12        A    No.
13        Q    When you say "no," you mean you did not
14   file your taxes, or am I incorrect?
15        A    No.
16        Q    Let me start it again.  Did you file your
17   taxes in 2013?
18        A    No.
19        Q    And that's because you did not have work
20   that year?
21        A    Yes.
22        Q    If you had work that year, you would have
23   filed taxes?
24        A    Yes.
25        Q    2012, you did not file your taxes?
```

Case 1:15-cv-22606-CMA   Document 53-2   Entered on FLSD Docket 02/08/2016   Page 7 of 13

Melba Moreira vs. Americlean Building Maintenance, Inc
RAFAELA LEONOR RUIZ                                                    12

```
 1      A    No.
 2      Q    And you did not file your taxes because
 3   you did not have work that year?
 4      A    Yes.
 5      Q    And if you had work that year, you would
 6   have filed your taxes, correct?
 7      A    Yes.
 8      Q    2011, you did not file your taxes,
 9   correct?
10      A    No.
11      Q    So is that correct?
12      A    Yes.
13      Q    Correct?
14      A    No.
15      Q    All right.  Did you file your taxes in
16   2011?
17      A    No.
18      Q    Why not?
19      A    Because I didn't have a job.
20      Q    And if you had a job, you would have
21   reported your income to the IRS that year?
22      A    Yes.
23      Q    So is it fair for me to say that in the
24   years 2011, 2012, 2013, and 2014, you did not work?
25      A    No.
```

Melba Moreira vs. Americlean Building Maintenance, Inc
RAFAELA LEONOR RUIZ                                                    13

```
 1        Q    So it's fair for me to say that?
 2        A    Yes.
 3        Q    You're absolutely sure about that?
 4        A    Yes.
 5        Q    And you know that today you're sitting
 6   here under oath being sworn in by the court
 7   reporter?
 8        A    Yes.
 9        Q    Okay.  So in the years 2011, 2012, 2013,
10   and 2014, you did not report income from
11   Americlean --
12        A    No.
13        Q    Let me ask the question -- because you did
14   not work for that company those years, correct?
15        A    No.
16        Q    Is it correct?
17        A    Yes.
18        Q    Okay.  Just to clarify it again, in the
19   years 2011, 2012, 2013, and 2014, you did not work
20   for Americlean, correct?
21        A    Yes.
22        Q    In the years 2011, 2012, 2013, and 2014,
23   you did not work at a building called EcoPlex,
24   correct?
25        A    No.
```

Case 1:15-cv-22606-CMA   Document 53-2   Entered on FLSD Docket 02/08/2016   Page 9 of 13

Melba Moreira vs. Americlean Building Maintenance, Inc
RAFAELA LEONOR RUIZ                                                    16

```
 1        Q    Did anyone at Americlean ever ask you
 2   whether you had work authorization in this country?
 3        A    No.
 4        Q    Did anyone from EcoPlex building ever ask
 5   you if you had any work authorization in this
 6   country?
 7        A    No.
 8        Q    Did you ever tell anyone at Americlean how
 9   much time you worked at EcoPlex?
10        A    Five years.
11        Q    Did you ever tell anyone at Americlean
12   what time of the day you started your work at
13   EcoPlex?
14        A    Working?  To work?
15        Q    Yes.
16        A    Could you repeat the question, please?
17        Q    Did you ever tell anyone at Americlean
18   when you started to work each day at EcoPlex?
19        A    No.
20        Q    Did you ever tell anyone in EcoPlex when
21   you started working in EcoPlex every day?
22        A    No.
23        Q    Did you ever tell Americlean when you
24   stopped working every day at EcoPlex?
25        A    No.
```

Case 1:15-cv-22606-CMA   Document 53-2   Entered on FLSD Docket 02/08/2016   Page 10 of 13

Melba Moreira vs. Americlean Building Maintenance, Inc
RAFAELA LEONOR RUIZ                                                      20

```
 1      Q    Okay.  Do you remember putting that
 2   signature there?
 3      A    Yes.
 4      Q    When you put this signature, was it
 5   attached to a document or was it just a page by
 6   itself?
 7      A    It was a page just by itself.
 8      Q    And before you put your signature on it,
 9   did you review a document with answers?
10      A    No.  I just signed, because I really don't
11   see very well.
12      Q    Did you talk to anyone with Americlean
13   Building Maintenance, Inc., before you started
14   working at EcoPlex?
15      A    Repeat the question.
16      Q    Did you talk to anyone at Americlean
17   Building Maintenance, Inc., before you started
18   working at EcoPlex?
19      A    No.
20      Q    Other than Louis Torres and Yesenia
21   Robinson, did you talk to anyone else from time to
22   time?
23      A    No.
24      Q    Who told you when to go to EcoPlex
25   building?  Was that your sister?
```

Melba Moreira vs. Americlean Building Maintenance, Inc
RAFAELA LEONOR RUIZ                                                              21

```
 1        A    My sister.
 2        Q    She's the one that told you what days to
 3   be there and what time?
 4        A    Yes. She told me.
 5        Q    Did she ever give you money for the work
 6   that you did at the building?
 7        A    Yes.
 8        Q    And she gave it to you out of the check
 9   that she received?
10        A    Yes.
11        Q    What did she tell you before you started
12   helping her at the building? Did she promise to pay
13   you any money?
14        A    Yes.
15        Q    What did she promise you exactly?
16        A    That we both could -- we would work
17   together and she was going to pay me.
18        Q    She's the one that said it to you though?
19        A    Yes, my sister.
20        Q    Did anyone at Americlean tell you that?
21        A    No.
22        Q    Did Patrick Arriaga tell you that?
23        A    No.
24        Q    Did Louis Torres tell you that?
25        A    No.
```

ORANGELEGAL                    Orange Legal
                               800-275-7991

Case 1:15-cv-22606-CMA   Document 53-2   Entered on FLSD Docket 02/08/2016   Page 12 of 13

Melba Moreira vs. Americlean Building Maintenance, Inc
RAFAELA LEONOR RUIZ                                                          22

```
 1      Q    Did Yesenia tell you that?
 2      A    No.
 3      Q    So the only person that told you to come
 4   and help cleaning for payment was your sister,
 5   correct?
 6      A    My sister.
 7      Q    What about her husband, Raul?  Did he tell
 8   you that?
 9      A    Yes.  More my sister.
10      Q    Okay.
11      A    Because she got the job.
12      Q    She got the job, right?
13      A    Yes.
14      Q    You didn't show up, all three of you, to
15   get the job, correct?
16      A    Yes, sir.
17      Q    So she went to Americlean?
18      A    Yes.
19      Q    She got the job?
20      A    By Bernardo.
21      Q    And then she came back to you and to Raul
22   and asked you to help her?
23      A    All three of us were there.  All three of
24   us were together.  We all three of us were together
25   when Bernardo was there.
```

Case 1:15-cv-22606-CMA   Document 53-2   Entered on FLSD Docket 02/08/2016   Page 13 of 13

Melba Moreira vs. Americlean Building Maintenance, Inc
RAFAELA LEONOR RUIZ                                                          23

1    Q    But she's the one that asked you to come
2    and help?
3    A    Yes.
4    Q    And she's the one that promised to pay
5    you, correct?
6    A    Yes.
7    Q    No one at Americlean promised to pay you
8    any money, correct?
9    A    No.
10   Q    And you didn't tell anyone at Americlean
11   that you were working there either, correct?
12        MR. FRASER:  Object to form.
13        THE WITNESS:  No.
14   BY MR. AMIT:
15   Q    And you never reported your hours working
16   at the building to Americlean, correct?
17   A    Yes.
18   Q    Did you pay any rent for living at the
19   address that you gave me at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
20   ▮▮▮▮▮▮▮▮▮▮▮▮?
21   A    No.
22   Q    Who pays for that rent?
23   A    My sister.
24   Q    Do you contribute anything to that?
25   A    Yes, what she pays me.