## REFLECTIONS OF BOCA DEL MAR

WEEK ENDING: 11/11/12

Name: RAUL MOREIRA

Indicate actual hours worked to the nearest QUARTER hour.   0   CARRY OVER HOURS

| Day | Date | Morning In | Morning Out | Afternoon In | Afternoon Out | Regular Hours | Comments |
|---|---|---|---|---|---|---|---|
| SATURDAY | 10/27/12 | | OFF | OFF | | ***** | |
| SUNDAY | 10/28/2012 | | OFF | OFF | | ***** | |
| MONDAY | 10/29/2012 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| TUESDAY | 10/30/2012 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| WEDNESDAY | 10/31/2012 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| THURSDAY | 11/1/2012 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| FRIDAY | 11/2/2012 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | 40 REG HRS |
| SATURDAY | 11/3/2012 | | OFF | OFF | | ***** | |
| SUNDAY | 11/4/2012 | | OFF | OFF | | ***** | |
| MONDAY | 11/5/2012 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| TUESDAY | 11/6/2012 | 8:30 | 12:00 | 1:00 | 5:00 | 7.5 | |
| WEDNESDAY | 11/7/2012 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| THURSDAY | 11/8/2012 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| FRIDAY | 11/9/2012 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | 39.5 REG HRS |
| SATURDAY | 11/10/2012 | 9:00 | OFF | OFF | 3:00 | 6 | |
| SUNDAY | 11/11/2012 | | OFF | OFF | | ***** | 6 REG HRS |

Total Hours For Period:

85.5 Regular

Signature: _(signed)_

___ O/T

___ Holiday

Supervisor's Signature: _(signed)_

___ Vacaton

# REFLECTIONS OF BOCA DEL MAR

WEEK ENDING: 12/11/12

Name: RAUL MOREIRA

Indicate actual hours worked to the nearest QUARTER hour.

_____8_____ CARRY OVER HOURS

| Day | | Date | Morning | | Afternoon | | Regular Hours | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | In | Out | In | Out | | |
| TUESDAY | | 11/27/2012 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| WEDNESDAY | | 11/28/2012 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| THURSDAY | | 11/29/2012 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| FRIDAY | | 11/30/2012 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | 32 REG HRS |
| SATURDAY | | 12/1/2012 | 9:00 | 11:00 | | | 2 | |
| SUNDAY | | 12/2/2012 | | OFF | OFF | | ***** | |
| MONDAY | | 12/3/2012 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| TUESDAY | | 12/4/2012 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| WEDNESDAY | | 12/5/2012 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| THURSDAY | | 12/6/2012 | 8:00 | 12:00 | 1:00 | 5:30 | 8.5 | |
| FRIDAY | | 12/7/2012 | 8:00 | 12:00 | 1:00 | 5:30 | 8.5 | 40 REG HRS/ 3 OT HR |
| SATURDAY | | 12/8/2012 | | OFF | OFF | | ***** | |
| SUNDAY | | 12/9/2012 | | OFF | OFF | | ***** | |
| MONDAY | | 12/10/2012 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| TUESDAY | | 12/11/2012 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | 16 REG HRS |

Total Hours For Period:

_____88_____ Regular

Signature: *(signed) Raul Moreira*

_____3_____ O/T

_____ Holiday

Supervisor's Signature: *(signed) Hannine Haward*

_____ Vacaton

## REFLECTIONS OF BOCA DEL MAR

WEEK ENDING: 2/11/13

Name: RAUL MOREIRA

Indicate actual hours worked to the nearest QUARTER hour.        0  CARRY OVER HOURS

| Day | Date | Morning In | Morning Out | Afternoon In | Afternoon Out | Regular Hours | Comments |
|---|---|---|---|---|---|---|---|
| SUNDAY | 1/27/13 | | OFF | OFF | | ***** | |
| MONDAY | 1/28/2013 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| TUESDAY | 1/29/2013 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| WEDNESDAY | 1/30/2013 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| THURSDAY | 1/31/2013 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| FRIDAY | 2/1/2013 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | 40 REG HRS |
| SATURDAY | 2/2/2013 | 10:00 | ***** | ***** | 3:00 | 5 | |
| SUNDAY | 2/3/2013 | | OFF | OFF | | ***** | |
| MONDAY | 2/4/2013 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| TUESDAY | 2/5/2013 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| WEDNESDAY | 2/6/2013 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| THURSDAY | 2/7/2013 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| FRIDAY | 2/8/2013 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | 40 REG HRS/5 OT HRS |
| SATURDAY | 2/9/2013 | 10:00 | OFF | OFF | 3:30 | 5.5 | |
| SUNDAY | 2/10/2013 | | OFF | OFF | | ***** | |
| MONDAY | 2/11/2013 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | 13.5 REG HRS |

Total Hours For Period:

Signature: *Raul Moreira*

Supervisor's Signature: *Jasmine Herrera*

93.5  Regular

5  O/T

___  Holiday

___  Vacaton

## REFLECTIONS OF BOCA DEL MAR

WEEK ENDING: 9/26/13

Name: RAUL MOREIRA

Indicate actual hours worked to the nearest QUARTER hour.

__29__ CARRY OVER HOURS

| Day | Date | Morning In | Morning Out | Afternoon In | Afternoon Out | Regular Hours | Comments |
|---|---|---|---|---|---|---|---|
| THURSDAY | 09/12/13 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| FRIDAY | 09/13/13 | 9:00 | 12:00 | 1:00 | 6:00 | 8 | 11 REG HRS/ 5 OT HRS |
| SATURDAY | 09/14/13 | 9:00 | ***** | ***** | 3:00 | 6 | |
| SUNDAY | 09/15/13 | | OFF | OFF | | ***** | |
| MONDAY | 09/16/13 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| TUESDAY | 09/17/13 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| WEDNESDAY | 09/18/13 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| THURSDAY | 09/19/13 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| FRIDAY | 09/20/13 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | 40 REG HRS/ 6 OT HRS |
| SATURDAY | 09/21/13 | 9:00 | ***** | ***** | 3:45 | 6.75 | |
| SUNDAY | 09/22/13 | | OFF | OFF | | ***** | |
| MONDAY | 09/23/13 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| TUESDAY | 09/24/13 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| WEDNESDAY | 09/25/13 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| THURSDAY | 09/26/13 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | 38.75 REG HRS |

Total Hours For Period:

Signature: _Raul Moreira_

Supervisor's Signature: _Jannine Howard_

__89.75__ Regular

__11__ O/T

____ Holiday

____ Vacation

## REFLECTIONS OF BOCA DEL MAR

WEEK ENDING: 1/26/14

Name: RAUL MOREIRA

Indicate actual hours worked to the nearest QUARTER hour.    5    CARRY OVER HOURS

| Day | Date | Morning In | Morning Out | Afternoon In | Afternoon Out | Regular Hours | Comments |
|---|---|---|---|---|---|---|---|
| SUNDAY | 1/12/14 | | OFF | OFF | | ***** | |
| MONDAY | 1/13/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| TUESDAY | 1/14/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| WEDNESDAY | 1/15/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| THURSDAY | 1/16/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| FRIDAY | 1/17/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | 35 REG HRS/ 5 OT HRS |
| SATURDAY | 1/18/14 | 9:00 | ***** | ***** | 3:00 | 6 | |
| SUNDAY | 1/19/14 | | OFF | OFF | | ***** | |
| MONDAY | 1/20/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| TUESDAY | 1/21/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| WEDNESDAY | 1/22/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| THURSDAY | 1/23/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| FRIDAY | 1/24/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | 40 REG HRS/ 6 OT HRS |
| SATURDAY | 1/25/14 | 9:00 | 12:00 | 1:00 | 3:00 | 5 | |
| SUNDAY | 1/26/14 | | OFF | OFF | | ***** | 5 REG HRS |

Total Hours For Period:

Signature: _____

80 Regular
11 O/T
___ Holiday
___ Vacation

Supervisor's Signature: _____

## REFLECTIONS OF BOCA DEL MAR

WEEK ENDING: 2/11/14

Name: RAUL MOREIRA

Indicate actual hours worked to the nearest QUARTER hour.      5   CARRY OVER HOURS

| Day | Date | Morning In | Morning Out | Afternoon In | Afternoon Out | Regular Hours | Comments |
|---|---|---|---|---|---|---|---|
| MONDAY | 1/27/14 | 8:30 | 12:00 | 1:00 | 5:00 | 7.5 | |
| TUESDAY | 1/28/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| WEDNESDAY | 1/29/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| THURSDAY | 1/30/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| FRIDAY | 1/31/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | 35 REG HRS/ 4.5 OT HRS |
| SATURDAY | 2/1/14 | 9:00 | 12:00 | 1:00 | 4:00 | 6 | |
| SUNDAY | 2/2/14 | | OFF | OFF | | ***** | |
| MONDAY | 2/3/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| TUESDAY | 2/4/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| WEDNESDAY | 2/5/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| THURSDAY | 2/6/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| FRIDAY | 2/7/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | 40 REG HRS/ 6 OT HRS |
| SATURDAY | 2/8/14 | 9:00 | 12:00 | 1:00 | 4:30 | 6.5 | |
| SUNDAY | 2/9/14 | | OFF | OFF | | ***** | |
| MONDAY | 2/10/14 | 9:00 | 12:00 | 1:00 | 5:00 | 8 | |
| TUESDAY | 2/11/14 | 9:00 | 12:00 | 1:00 | 5:00 | 8 | 22.5 REG HRS |

Total Hours For Period:

Signature: *Raul Moreira*

Supervisor's Signature: *Hunnine Howard*

97.5  Regular

10.5  O/T

_____  Holiday

_____  Vacation

## REFLECTIONS OF BOCA DEL MAR

WEEK ENDING: 3/26/14

Name: RAUL MOREIRA

Indicate actual hours worked to the nearest QUARTER hour.    21  CARRY OVER HOURS

| Day | Date | Morning In | Morning Out | Afternoon In | Afternoon Out | Regular Hours | Comments |
|---|---|---|---|---|---|---|---|
| WEDNESDAY | 3/12/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| THURSDAY | 3/13/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| FRIDAY | 3/14/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | 19 REG HRS/ 5 OT HRS |
| SATURDAY | 3/15/14 | 9:00 | 12:00 | 12:30 | 4:00 | 6.5 | |
| SUNDAY | 3/16/14 | | OFF | OFF | | ***** | |
| MONDAY | 3/17/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| TUESDAY | 3/18/14 | 8:30 | 12:00 | 1:00 | 5:00 | 7.5 | |
| WEDNESDAY | 3/19/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| THURSDAY | 3/20/14 | 8:30 | 12:00 | 1:00 | 5:00 | 7.5 | |
| FRIDAY | 3/21/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | 40 REG HRS/ 5.5 OT HRS |
| SATURDAY | 3/22/14 | 9:00 | 12:00 | 12:30 | 5:30 | 8 | |
| SUNDAY | 3/23/14 | | OFF | OFF | | ***** | |
| MONDAY | 3/24/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| TUESDAY | 3/25/14 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| WEDNESDAY | 3/26/14 | 8:00 | 12:00 | 3:00 | 5:00 | 8 | 32 REG HRS |

Total Hours For Period:

Signature: *Raul Moreira*

Supervisor's Signature: *[signature]*

91 Regular

10.5 O/T

___ Holiday

___ Vacation

## REFLECTIONS OF BOCA DEL MAR

WEEK ENDING 4/11/15

Name: RAUL MOREIRA

Indicate actual hours worked to the nearest QUARTER hour.

__39__ CARRY OVER HOURS

| Day | Date | Morning In | Morning Out | Afternoon In | Afternoon Out | Regular Hours | Comments |
|---|---|---|---|---|---|---|---|
| FRIDAY | 3/27/15 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | 1 REG HRS/ 7 OT HRS |
| SATURDAY | 3/28/15 | 10:00 | 12:00 | 12:30 | 5:00 | 6.5 | (CLEAN UP PROPERTY AFTER STORM) |
| SUNDAY | 3/29/15 | | OFF | OFF | | ***** | |
| MONDAY | 3/30/15 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| TUESDAY | 3/31/15 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| WEDNESDAY | 4/1/15 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| THURSDAY | 4/2/15 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | 4 hrs. holiday |
| FRIDAY | 4/3/15 | 9:30 | 1:30 | HOLI | DAY | 8 | 40 REG HRS/ 4 HOL HRS/ 2.5 OT |
| SATURDAY | 4/4/15 | 8:00 | 12:00 | 12:30 | 4:00 | 7.5 | (ASSIST IN SPRING HOLIDAY PARTY) |
| SUNDAY | 4/5/15 | | OFF | OFF | | ***** | |
| MONDAY | 4/6/15 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| TUESDAY | 4/7/15 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| WEDNESDAY | 4/8/15 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| THURSDAY | 4/9/15 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| FRIDAY | 4/10/15 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | 40 REG HRS/ 7.5 OT HRS |
| SATURDAY | 4/11/15 | | OFF | OFF | | ***** | |

Total Hours For Period:

__81__ Regular

__17__ O/T

__4__ Holiday

____ Vacation

Signature: _____

Supervisor's Signature: _____

## REFLECTIONS OF BOCA DEL MAR

WEEK ENDING 4/26/15

Name: RAUL MOREIRA

Indicate actual hours worked to the nearest QUARTER hour.

___0___ CARRY OVER HOURS

| Day | | Date | Morning | | Afternoon | | Regular Hours | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | In | Out | In | Out | | |
| SUNDAY | | 4/12/15 | 8:00 | ***** | ***** | 2:00 | 6 | |
| MONDAY | | 4/13/15 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| TUESDAY | | 4/14/15 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| WEDNESDAY | | 4/15/15 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| THURSDAY | | 4/16/15 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| FRIDAY | | 4/17/15 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | 40 REG HRS/ 6 OT HRS |
| SATURDAY | | 4/18/15 | | OFF | OFF | | ***** | |
| SUNDAY | | 4/19/15 | | OFF | OFF | | ***** | |
| MONDAY | | 4/20/15 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| TUESDAY | | 4/21/15 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| WEDNESDAY | | 4/22/15 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| THURSDAY | | 4/23/15 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | |
| FRIDAY | | 4/24/15 | 8:00 | 12:00 | 1:00 | 5:00 | 8 | 40 REG HRS |
| SATURDAY | | 4/25/15 | | OFF | OFF | | ***** | |
| SUNDAY | | 4/26/15 | | OFF | OFF | | ***** | 0 REG HRS |

Total Hours For Period:

___80___ Regular

Signature: _Raul Moreira_

___6___ O/T

_____ Holiday

Supervisor's Signature: _Nannine Haeward_

_____ Vacation