# Electronic Articles of Incorporation
# For

SOFT TOUCH CLEANING SERVICES, INC.

P05000058498
FILED
April 20, 2005
Sec. Of State
nculligan

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
SOFT TOUCH CLEANING SERVICES, INC.

## Article II
The principal place of business address:
5793 SOUTH 37TH COURT
GREENACRES, FL.   33463

The mailing address of the corporation is:
5793 SOUTH 37TH COURT
GREENACRES, FL.   33463

## Article III
The purpose for which this corporation is organized is:
ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
1000

## Article V
The name and Florida street address of the registered agent is:
RAUL A MOREIRA
5793 SOUTH 37TH COURT
GREENACRES, FL.   33463

I certify that I am familiar with and accept the responsibilities of registered agent.

P05000058498
FILED
April 20, 2005
Sec. Of State
nculligan

Registered Agent Signature:   RAUL A. MOREIRA

## Article VI

The name and address of the incorporator is:

RAUL A. MOREIRA
5793 SOUTH 37TH COURT
GREENACRES, FL 33463

Incorporator Signature:   RAUL A. MOREIRA

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  P
RAUL A MOREIRA
5793 SOUTH 37TH COURT
GREENACRES, FL.  33463

Title:  VP
MELBA  MOREIRA
5793 SOUTH 37TH COURT
GREENACRES, FL.  33463

## Article VIII

The effective date for this corporation shall be:

04/20/2005

# Electronic Articles of Incorporation
## For

FLORIDA GREAT CLEANIG SERVICE INC

P08000091825
FILED
October 09, 2008
Sec. Of State
vingram

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
FLORIDA GREAT CLEANIG SERVICE INC

## Article II
The principal place of business address:
1822 KEENLAND CIR
WEST PALM BEACH, FL. 33415

The mailing address of the corporation is:
1822 KEENLAND CIR
WEST PALM BEACH, FL. 33415

## Article III
The purpose for which this corporation is organized is:
ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
1000

## Article V
The name and Florida street address of the registered agent is:
RAUL MOREIRA
1822 KEENLAND CIR
WEST PALM BEACH, FL. 33415

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   RAUL MOREIRA

P08000091825
FILED
October 09, 2008
Sec. Of State
vingram

## Article VI

The name and address of the incorporator is:

RAUL MOREIRA
1822 KEENLAND CIR

WEST PALM BEACH FL 33415

Incorporator Signature:   RAUL MOREIRA

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  P
RAUL MOREIRA
1822 KEENLAND CIR
WEST PALM BEACH, FL.  33415

Title:  VP
MELBA MOREIRA
1822 KEENLAND CIR
WEST PALM BEACH, FL.  33415

## Article VIII

The effective date for this corporation shall be:

10/08/2008