UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:15-cv-22606-CMA

MELBA MOREIRA, RAUL MOREIRA,
RAFAELA LEONOR RUIZ, and all others
similarly stated under 29 U.S.C. §216(b),

    Plaintiff,

v.

AMERICLEAN BUILDING
MAINTENANCE, INC., JAMES S.
JOHNSON,

    Defendants.
_____/

## AFFIDAVIT OF WASHINGTON PATRICK ARREAGA

STATE OF FLORIDA      )
                                    ) ss:
COUNTY OF BROWARD  )

    BEFORE ME, the undersigned authority, personally appeared Washington Patrick Arreaga, affiant, who is personally known to me, or has presented identification, and who, after being first duly sworn upon oath, deposes and states as follows:

    1.    My name is Washington Patrick Arreaga; I am over the age of eighteen and I make this affidavit based on my personal knowledge of the facts stated herein.

    2.    I am the General Manager of Americlean Building Maintenance, Inc.

    3.    I am responsible for overseeing cleaners of Americlean Building Maintenance, Inc. in all sites, including at Ecoplex – the building for which Melba Moreira was assigned.

    4.    I review work authorization of all cleaners before I offer them to work with Americlean Building Maintenance, Inc.

1

5. I never hired or agreed that a person without work authorization would provide cleaning services for Americlean Building Maintenance, Inc.

6. I hired Melba Moreira.

7. I am Melba Moreira's direct supervisor.

8. I determined the rate Melba Moreira was paid, based on my experience in the cleaning industry. Her pay was intended to compensate her and her alone for cleaning work.

9. I determined which building Melba Moreira would work at.

10. I determined the days and hours in which Melba Moreira would clean the Ecoplex building.

11. Melba Moreira is the only person of the three Plaintiffs that received any pay from Americlean Building Maintenance, Inc.

12. I have no knowledge if or how much Melba Moreira paid Raul Moreira or Rafaela Leonor Ruiz.

13. To my knowledge Raul Moreira and Rafaela Leonor Ruiz do not perform services for the benefit of Americlean Building Maintenance, Inc. at the Ecoplex building.

14. I never hired Raul Moreira.

15. I never hired Rafaela Leonor Ruiz.

16. When I hired Melba Moreira, it was my intention to hire only her, and not Raul Moreira or Rafaela Leonor Ruiz.

17. When I hired Melba Moreira, she did not inform me that Raul Moreira or Rafaela Leonor Ruiz would work with her. Melba Moreira never informed me that she was paying Raul Moreira or Rafaela Leonor Ruiz.

18. I never spoke with Raul Moreira or Rafaela Leonor Ruiz; the only person of the three Plaintiffs I have ever spoken to is Melba Moreira.

19. I never disciplined Raul Moreira or Rafaela Leonor Ruiz.

20. To my knowledge, no one else from Americlean Building Maintenance, Inc. has ever spoken to Raul Moreira or Rafaela Leonor Ruiz.

21. Melba Moreira has never told me that Raul Moreira or Rafaela Leonor Ruiz worked with her.

22. Neither I nor anyone else at Americlean Building Maintenance, Inc. has ever instructed Melba Moreira to have Raul Moreira or Rafaela Leonor Ruiz help her.

23. Americlean Building Maintenance, Inc. never agreed to pay Raul Moreira or Rafaela Leonor Ruiz for cleaning services at the Ecoplex building.

24. I was never informed by anyone at the Ecoplex building that Raul Moreira or Rafaela Leonor Ruiz worked there.

25. I do not review entry and exit records of the Ecoplex building and those records (if they exist) are not part of Americlean Building Maintenance, Inc.'s records.

26. I have never met any of the Plaintiffs.

Under penalties of perjury, I declare that I have read the foregoing affidavit and the facts stated in it are true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

_____
WASHINGTON PATRICK ARREAGA

SWORN TO AND SUBSCRIBED before me on this 8th day of February, 2016, by WASHINGTON PATRICK ARREAGA, who is ( ) personally known to me, or (✓) has presented the following as identification: Drivers License.

_____
Notary Public, State of Florida
Printed Name:_____

My Commissions Expires: _____

PAVEL KOGAN
Notary Public - State of Florida
My Comm. Expires Apr 13, 2017
Commission # EE 875416

(SEAL)