UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CIV-22606-CMA

MELBA MOREIRA, RAUL MOREIRA,           )
RAFAELA LEONOR RUIS, and all others    )
similarly situated under 29 U.S.C. 216(B), )
                                       )
        Plaintiffs,                    )
vs.                                    )
                                       )
AMERICLEAN BUILDING                    )
MAINTENANCE, INC., JAMES S.            )
JOHNSON,                               )
Defendants.                            )
_____ )

      Pursuant to Fed.R.Civ.P.26(a)(3) and S.D.Fla.L.R. 16.1(e), Plaintiffs, Melba Moreira, Raul Moreira, and Rafaela Leonor Ruiz by and through their undersigned counsel, and Defendants, Americlean Building Maintenance, Inc. and James S. Johnson, by and through their undersigned counsel, hereby submit their joint pretrial stipulation, and in support thereof, state as follows:

## ELEMENTS REQUIRED BY LOCAL RULE 16.1(b)(2)

**1. A short concise statement of the case prepared by each Party in the action.**

Plaintiff's Statement Of The Case:

Plaintiff-employees worked as cleaners/janitors for Defendants Americlean Building Maintenance, Inc. and James S. Johnson. Plaintiffs assert that James S. Johnson was so involved with the business and its financial affairs, that even if he was not an employer under the FLSA, he would nevertheless be liable to the extent any violation of the FLSA occurred regarding Americlean Building Maintenance, Inc. Plaintiffs worked at Americlean from November 23, 2009 until at least the date of the filing of this Pretrial Stipulation. All three Plaintiffs worked 33

1

hours a week, totaling about $3.65 per hour. Plaintiffs seek the Federal and Florida minimum wages for July 10, 2010 until the date of trial.

Defendants' Statement of the Case:

Plaintiffs allege that this is an action against Defendants to recover unpaid minimum wages pursuant to the Fair Labor Standards Act, as amended, 29 U.S.C. §201, *et seq.* ("FLSA") and Fla. Stat. $448.110. Plaintiffs allege that they were each employed by the Defendants as cleaners and that they each worked 30 hours per week, but were not paid sufficiently. Finally, Plaintiffs allege that the individual Defendant, James S. Johnson, was also their employer for FLSA purposes.

The Defendants agree that Melba Moreira was a cleaner who cleaned a building which the entity Defendant contracted to clean. The Defendants also agree that Melba Moreira worked 30 hours per week cleaning at that site and that she was paid a fixed monthly amount, which, when divided to the amount of hours she worked, surpassed minimum wage. It is Defendants' position, though, that neither Raul Moreira, nor Rafaela Leonor Ruiz were its employees for FLSA purposes because the Defendants never agreed, explicitly or by implication, to compensate them for work that they may have performed. Further, it is Defendants' position that Melba Moreira is the only Plaintiff with whom Americlean Building Maintenance, Inc. had an employer-employee relationship and that she was the person who promised Raul Moreira and Rafaela Leonor Ruiz compensation for help and that the Defendants were never informed or agreed-to the arrangement between the Plaintiffs. Finally, the Defendants contend that the individual Defendant, James S. Johnson, was not Melba Moreira's (or the other two Plaintiffs') employer for FLSA purposes because he did not exercise control over the terms of Melba Moreira's employment – a function that was filled by the entity Defendant's General Manager.

2. **A statement of the basis for federal subject matter jurisdiction.**

Subject matter jurisdiction is proper under 28 U.S.C. §1331 and 29 U.S.C. § 203(s)(3) under enterprise coverage and therefore no evidence regarding gross annual income or interstate commerce need be introduced at trial.

3. **A list of all pleadings raising the issues.**

    a. Plaintiffs' Amended Complaint dated September 10, 2015 [DE #28].

    b. Defendants' Answer and Affirmative Defenses to Amended Complaint dated September 27, 2015 [DE #34].

4. **A list of all pending motions.**

    a. James S. Johnson's Motion for Summary Judgment dated January 20, 2016 [DE #50].

    b. Plaintiffs' Motion for Partial Summary Judgment dated January 20, 2016 [DE #51].

5. **A joint statement of stipulated facts which will require no proof at trial.**

    a. Plaintiff Melba Moreira was employed by Defendant Americlean Building Maintenance, Inc. beginning at a time prior to July 10, 2015 until at least the date of the filing of this pretrial stipulation.

    b. Melba Moreira received payment from Americlean Building Maintenance, Inc. by check, monthly.

    c. James S. Johnson is the owner of Americlean Building Maintenance, Inc.

    d. Washington Patrick Arreaga is the General Manager of Americlean Building Maintenance, Inc.

  e. No parties kept time records for Plaintiff Melba Moreira's or any other Plaintiff (to the extent that they were employed by Americlean).

**6. A detailed statement of contested facts that remain to be litigated at trial.**

 a. Whether or not Raul Moreira and Rafaela Leonor Ruiz performed any cleaning services for Americlean Building Maintenance, Inc.

 b. Who controlled the terms of Raul Moreira and Rafaela Leonor Ruiz cleaning services, if they provided such services

 c. Whether Americlean Building Maintenance, Inc. had knowledge of work being performed by Raul Moreira and Rafaela Leonor Ruiz, if such work was performed.

 d. Any Plaintiffs' hourly rate (if applicable)

 e. Whether James S. Johnson had any control over any Plaintiffs' conditions of employment or the day-to-day operations of Americlean Building Maintenance, Inc. or is otherwise liable under the FLSA with respect to Americlean Building Maintenance, Inc.'s employees.

 f. Plaintiffs assert that the issue of whether liquidated damages should be determined by this Court following trial in the event that Plaintiff(s) prevail.

**7. A concise statement of issues of law on which there is agreement.**

 a. The FLSA, generally, requires covered employers to pay at least minimum hourly rate of $7.25 for all hours the employer knows its employees worked.

 b. The Florida Constitution and Florida Minimum Wage Act generally, require covered employers to pay at least minimum hourly rate as determined by the Florida Department of Economic Opportunity for all hours the employer knows its employees worked.

    c.      Employers are not required to pay for work they did not have actual or constructive knowledge of.

8. **A concise statement of issues of law that remain for determination by the Court.**

    a.      None.

9. **Exhibit and Witness Lists:**

    a. Plaintiffs' Witness List, attached as Exhibit A.

    b. Defendants' Witness List, attached as Exhibit B.

    c. Plaintiffs' Exhibit List, attached as Exhibit C.

    d. Defendants' Exhibit List, attached as Exhibit D.

10. **Length of Trial:**

The Parties estimate that this will be a 3 day jury trial.

11. **Each Party's estimate of the maximum amount of attorneys' fees properly allowable, if any.**

    a. Plaintiff's attorney's fees are estimated at $75,000 through trial and post trial motions.

## CONSENT OF COUNSEL FOR DEFENDANT

Pursuant to Rule 3J (3) of the Administrative Procedures of the United States District Court for the Southern District of Florida, the undersigned counsel for Plaintiff represents to the Court that counsel for Defendant has authorized her to affix her electronic signature to this Joint Scheduling Report.

Respectfully Submitted,

Dated: February 10, 2016                                         Dated: February 10, 2016

J.H. Zidell, P.A.                                                Lubell & Rosen, LLC
Attorney For Plaintiff                                           200 S. Andrews Avenue, Suite 900
300 71st Street, Suite 605                                       Fort Lauderdale, FL 33301
Miami Beach, Florida 33141                                       954-880-9500
Tel: (305) 865-6766                                              Fax: 954-755-2993
Fax: (305) 865-7167                                              *Attorney for Defendants*

By:__/s/ Elizabeth Hueber_____                                   By:_____/s/ Adi Amit_____
Elizabeth Olivia Hueber                                          Adi Amit, Esq.
Florida Bar Number: 0073061                                      Florida Bar Number: 35257
Email: Elizabeth.Hueber.Esq@gmail.com                            adi@lubellrosen.com