| United States District Court |||
|---|---|---|
| SOUTHERN DISTRICT OF FLORIDA-MIAMI DIVISION |||
| MELBA MOREIRA, RAUL MOREIRA, RAFAELA LEONOR RUIZ,<br><br>          Plaintiffs,<br>vs.<br><br>AMERICLEAN BUILDING MAINTENANCE, INC., JAMES S. JOHNSON,<br><br>Defendants. || **PLAINTIFF'S WITNESS LIST**<br><br>CASE NO.: 1:15-CIV-22606-CMA |
| PRESIDING JUDGE<br>Honorable<br>DISTRICT JUDGE ALTONAGA | PLAINTIFF'S ATTORNEY<br>J.H. Zidell, Esq.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | DEFENDANT'S ATTORNEY<br>Adi Amit, Esquire<br>Museum Plaza<br>200 S. Andrews Avenue<br>Suite 900<br>Fort Lauderdale, FL 33301 |
| TRIAL DATE(S)<br>Two Week Period Beginning 4/18/2016 |||

| PLF. NO | DEF. NO | DATE OFFERED | MARKED | | |
|---|---|---|---|---|---|
| 1 | | | | | Plaintiff Melba Moreira, c/o J. H. Zidell, P.A. |
| 2 | | | | | Plaintiff Raul Moreira, c/o J. H. Zidell, P.A. |
| 3 | | | | | Plaintiff Rafaela Leonor Ruiz, c/o J. H. Zidell, P.A. |
| 4 | | | | | Defendant James S. Johnson c/o Lubell & Rosen, LLC |
| 5 | | | | | Defendant Americlean Building Maintenance, Inc. c/o Lubell & Rosen, LLC |
| 6 | | | | | Luis Torres c/o Lubell & Rosen, LLC |
| 7 | | | | | Yesenia Robinson  c/o Lubell & Rosen, LLC |
| 8 | | | | | Bob c/o EcoPlex, 1621 Worthington Rd, West Palm Beach, FL 33409 |
| 9 | | | | | Impeachment witnesses. |
| 10 | | | | | Rebuttal witnesses. |
| 11 | | | | | Any witnesses listed on Defendants' witness list that are not objected to by Plaintiff or who are allowed to testify over Plaintiff's objections. |