UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:15-cv-22606-CMA

MELBA MOREIRA, RAUL MOREIRA, RAFAELA LEONOR RUIZ, and all others similarly stated under 29 U.S.C. §216(b),

    Plaintiff,

v.

AMERICLEAN BUILDING MAINTENANCE, INC., JAMES S. JOHNSON,

    Defendants.
_____/

## DEFENDANTS' TRIAL WITNESS LIST

Defendants, AMERICLEAN BUILDING MAINTENANCE, INC. and JAMES S. JOHNSON, by and through their undersigned counsel, hereby file their Trial Witness List as follows:

| No. | Name | Subject Matter |
|---|---|---|
| 1. | Washington Patrick Arreaga<br>c/o Lubell & Rosen, LLC<br>200 S. Andrews Avenue<br>Suite 900<br>Ft. Lauderdale, FL 33301 | Defendants expect to present Mr. Arreaga's testimony |
| 2. | James S. Johnson<br>c/o Lubell & Rosen, LLC<br>200 S. Andrews Avenue<br>Suite 900<br>Ft. Lauderdale, FL 33301 | Defendants expects to present Mr. Johnson's testimony |

1

| 3. | Melba Moreira<br>c/o J.H. Zidell, P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, FL 33141 | Defendants may call Ms. Moreira to testify |
|---|---|---|
| 4. | Raul A. Moreira<br>c/o J.H. Zidell, P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, FL 33141 | Defendants may call Mr. Rodriguez to testify |
| 5. | Rafaela Leonor Ruiz<br>c/o J.H. Zidell, P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, FL 33141 | Defendants may call Ms. Ruiz to testify |
| 6. | Fisher Management Company, Inc.<br>c/o David Shaw<br>660 U.S. Highway One<br>Third Floor<br>Haile, Shaw & Pfaffenberger, P.A.<br>North Palm Beach, Florida 33408 | |
| 5. | Rebuttal Witnesses as needed according to testimony presented by witnesses and by the Defendants | |
| 6. | Any and all witnesses presented by the Defendants in their case in chief | |

Respectfully submitted, this 10th day of February, 2016.

                                          LUBELL & ROSEN, LLC
*Attorneys for Defendants*
200 S. Andrews Ave, Suite 900
Ft. Lauderdale, Florida 33301
Phone: (954) 880-9500
Fax: (954) 755-2993
E-mail:   adi@lubellrosen.com

By: *s/Adi Amit*
    Adi Amit, Esquire
    Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2016, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s *Adi Amit*
 Adi Amit, Esquire
 Florida Bar No: 35257

## SERVICE LIST

*Melba Moreira, et al. v. Americlean Building Maintenance, Inc., et al.*
S.D. Fla. Case No. 1:15-cv-22606-CMA

| | |
|---|---|
| Stephen M. Fox, Jr., Esq. | Adi Amit, Esquire |
| Elizabeth O. Hueber, Esq. | LUBELL & ROSEN, LLC |
| J.H. Zidell, Esq | 200 S. Andrews Avenue |
| J.H. ZIDELL, P.A. | Suite 900 |
| 300 71st Street, Suite 605 | Fort Lauderdale, Florida 33301 |
| Miami Beach, Florida 33141 | adi@lubellrosen.com |
| stephen.fox.esq@gmail.com | *Counsel for Defendants* |
| elizabeth.hueber.esq.@gmail.com | |
| ZABOGADO@AOL.COM | |
| *Counsel for Plaintiffs* | |

3