UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:15-cv-22606-CMA

MELBA MOREIRA, RAUL MOREIRA, RAFAELA LEONOR RUIZ, and all others similarly stated under 29 U.S.C. §216(b),

    Plaintiff,

v.

AMERICLEAN BUILDING MAINTENANCE, INC., JAMES S. JOHNSON,

    Defendants.
_____/

## DEFENDANTS' TRIAL EXHIBIT LIST

Defendants, AMERICLEAN BUILDING MAINTENANCE, INC. and JAMES S. JOHNSON, by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(a)(3)(A), and Local Rule 16.1E(9), and provide their list of trial exhibits as follows:

| Exhibit | Description | Bates Numbers | Expect/May Offer |
|---|---|---|---|
| D-A | Melba Moreira's Contract Form | Americlean 1-7 | Expects to Offer |
| D-B | Melba Moreira Identification Forms | Americlean 8-9 | Expects to Offer |
| D-C | Melba Moreira's W9 Form | Americlean 10 | Expects to Offer |
| D-D | Payment Ledger Melba Moreira | Americlean 13-15 | Expects to Offer |
| D-E | Copies of Payment Checks and Stubs to Melba Moreira | PLN 0001-00073 | Expects to Offer |
| D-F | Raul Moreira's Time Sheets from Reflections of Boca Raton | | Expects to Offer |

1

| | | | |
|---|---|---|---|
| D-G | Raul Moreira's Employee File from Reflections of Boca Raton – Fisher Management Company, Inc. | | Expects to Offer |
| D-H | Raul Moreira's Pay Stubs from Reflections of Boca Raton – Fisher Management Company, Inc. | | Expects to Offer |
| D-I | Florida Department of State Division of Corporations records for Soft Touch Services, Inc. | Americlean 16-25 | Expects to Offer |
| D-J | Florida Department of State Division of Corporations records for Florida Great Cleaning Service Inc. | Americlean 26-27 | Expects to Offer |
| D-K | Raul Moreira and Melba Moreira's 2012 Tax Returns and all attachments and documents | | Expects to Offer |
| D-L | Raul Moreira and Melba Moreira's 2013 Tax Returns and all attachments and documents | | Expects to Offer |
| D-M | Raul Moreira and Melba Moreira's 2014 Tax Returns and all attachments and documents | | Expects to Offer |
| D-N | Floor Plans for Floors 1 and 4 of EcoPlex Building | | Expects to Offer |
| D-O | Melba Moreira's Answers to Interrogatories | | May Offer |
| D-P | Melba Moreira's Supplemental Answers to Interrogatories | | May Offer |
| D-Q | Raul Moreira's Answers to Interrogatories | | May Offer |
| D-R | Raul Moreira's Supplemental Answers to Interrogatories | | May Offer |
| D-S | Rafaela Leonor Ruiz's Answers to Interrogatories | | May Offer |
| D-T | Rafaela Leonor Ruiz's Supplemental Answers to Interrogatories | | May Offer |

1. All witness deposition transcripts for rebuttal as necessary

2. All Plaintiffs' responses and supplemental responses to requests for production

3. All other evidence for rebuttal as necessary

Respectfully submitted this 10th day of February, 2016.

> LUBELL & ROSEN
> *Attorneys for Defendants*
> 200 S. Andrews Avenue, Suite 900
> Ft. Lauderdale, Florida 33301
> Phone: (954) 880-9500
> Fax: (954) 755-2993
>
> By:___/s/ Adi Amit_____
>   Adi Amit, Esquire
>   Florida Bar No.: 35257
>   adi@lubellrosen.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 10, 2016, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> By:___/s *Adi Amit*_____
>   Adi Amit, Esquire
>   Florida Bar No: 35257

4

## SERVICE LIST

*Melba Moreira, et al. v. Americlean Building Maintenance, Inc., et al.*
S.D. Fla. Case No. 1:15-cv-22606-CMA

| | |
|---|---|
| Julia M. Garrett, Esq.<br>Elizabeth O. Hueber, Esq.<br>J.H. Zidell, Esq.<br>J.H. ZIDELL, P.A.<br>300 71st Street, Suite 605<br>Miami Beach, Florida 33141<br>jgarrett.jhzidellpa@gmail.com<br>elizabeth.hueber.esq.@gmail.com<br>ZABOGADO@AOL.COM<br>*Counsel for Plaintiffs* | Adi Amit, Esquire<br>LUBELL & ROSEN, LLC<br>200 S. Andrews Ave.<br>Suite 900<br>Ft. Lauderdale, Florida 33301<br>adi@lubellrosen.com<br>*Counsel for Defendants* |