**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.  15-22606-CIV-ALTONAGA/O'Sullivan**

**MELBA MOREIRA**, *et al*.,

     Plaintiffs,

v.

**AMERICLEAN BUILDING**
**MAINTENANCE, INC.**, *et al*.,

     Defendants.

_____/

## ORDER

THIS CAUSE came before the Court on the parties' Joint Motion for Extension of Time to File Joint Jury Instructions ("Motion") [ECF No. 60].  Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**.  The parties shall file their joint proposed jury instructions and proposed verdict forms by **February 11, 2016**.

**DONE AND ORDERED** in Miami, Florida this 11th day of February, 2016.

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record