UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:15-cv-22606-CMA

MELBA MOREIRA, RAUL MOREIRA, RAFAELA LEONOR RUIS, and all others similarly situated under 29 U.S.C. 216(B),

    Plaintiffs,

vs.

AMERICLEAN BUILDING MAINTENANCE, INC., JAMES S. JOHNSON,

    Defendants
_____/

**JOINT NOTICE OF FILING JURY INSTRUCTIONS AND VERDICT FORMS**

The Parties' by and through their respective undersigned counsel, and pursuant to this Court's Order [DE 61] permitting the Parties to file their Joint Jury Instructions and Verdict Form by February 11, 2016, hereby give notice of filing:

1. The Parties' Joint Proposed Jury Instructions;

2. The Plaintiffs' Proposed Verdict Form; and

3. The Defendants' Proposed Verdict Form.

Respectfully submitted, this 11th day of February, 2016.

| | |
|---|---|
| J.H. ZIDELL, P.A. | LUBELL & ROSEN, LLC |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| 300 71st Street, Suite 605 | 200 S. Andrews Ave, Suite 900 |
| Miami Beach, Florida 33141 | Ft. Lauderdale, Florida 33301 |
| Phone: (305) 865-6766 | Phone: (954) 880-9500 |
| Fax: (954) 865-7167 | Fax: (954) 755-2993 |
| E-mail:elizabeth.hueber.esq.@gmail.com | E-mail:adi@lubellrosen.com |
| By: *s/Elizabeth O. Hueber* | By: *s/Adi Amit* |
|     Elizabeth O. Hueber, Esquire |     Adi Amit, Esquire |
|     Florida Bar No. 35257 |     Florida Bar No. 35257 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2016, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/Elizabeth O. Hueber*
　　　Elizabeth O. Hueber

## SERVICE LIST

*Melba Moreira, et al. v. Americlean Building Maintenance, Inc., et al.*
S.D. Fla. Case No. 1:15-cv-22606-CMA

Stephen M. Fox, Jr., Esq.
Elizabeth O. Hueber, Esq.
J.H. Zidell, Esq
J.H. ZIDELL, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
stephen.fox.esq@gmail.com
elizabeth.hueber.esq.@gmail.com
ZABOGADO@AOL.COM
*Counsel for Plaintiffs*

Adi Amit, Esquire
LUBELL & ROSEN, LLC
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, Florida 33301
adi@lubellrosen.com
*Counsel for Defendants*