UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:15-CIV-22606-CMA

MELBA MOREIRA, RAUL MOREIRA,           )
RAFAELA LEONOR RUIZ, and all others    )
similarly situated under 29 U.S.C. 216(B), )
                                       )
       Plaintiffs,                      )
vs.                                    )
                                       )
AMERICLEAN BUILDING                    )
MAINTENANCE, INC., JAMES S.            )
JOHNSON,                               )
Defendants.                            )
_____ )

PLAINTIFF'S PROPOSED VERDICT FORM

Do you find from a preponderance of the evidence:

1. Do you find that Raul Moreira was an employee of Americlean Building Maintenance, Inc.?

    Answer Yes or No ──────────

*If your answer is "No" then you should not find that Raul Moreira is entitled to any minimum wages.*

2. Do you find that Rafaela Leonor Ruiz was an employee of Americlean Building Maintenance, Inc.?

    Answer Yes or No ──────────

*If your answer is "No" then you should not find that Rafaela Leonor Ruiz is entitled to any minimum wages.*

3.      Do you find that James S. Johnson is an employer of Plaintiffs Melba Moreira, Raul Moreira, or Leonor Ruiz, or otherwise liable for any failure to pay minimum wages to the Plaintiffs?

       Answer Yes or No as to Melba Moreira ------------

       Answer Yes or No as to Raul Moreira ------------

       Answer Yes or No as to Leonor Ruiz ------------

4.      Do you find that Defendants failed to pay overtime to Plaintiff Melba Moreira?

       Answer Yes or No ―――――

*If your answer is "No," then please skip to question 6.*

5.      That Plaintiff Melba Moreira should be awarded:

       $ _____ as to minimum wages.

6.      Do you find that Defendants failed to pay overtime to Plaintiff Raul Moreira?

       Answer Yes or No ―――――

*If your answer is "No," then please skip to question 8.*

7.      That Plaintiff Raul Moreira should be awarded

       $ _____ as to minimum wages.

8. Do you find that Defendants failed to pay overtime to Plaintiff Rafaela Leonor Ruiz?

   Answer Yes or No ──────────

*If your answer is "No," then please skip to question 10.*

9. That Plaintiff Rafaela Leonor Ruiz should be awarded

   $ _____ as to minimum wages.

10. That the Defendants either knew or showed reckless disregard for the matter of whether their conduct was prohibited by the Fair Labor Standards Act's overtime wage or minimum wage requirements?

   Yes _____   No _____

*So Say We All.*

Foreperson's Signature: _____

                    Date: _____