## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
Case No. 1:15-cv-22606-CMA

MELBA MOREIRA, RAUL MOREIRA,
RAFAELA LEONOR RUIZ, and all others
similarly stated under 29 U.S.C. §216(b),

      Plaintiff,

v.

AMERICLEAN BUILDING
MAINTENANCE, INC., JAMES S.
JOHNSON,

      Defendants.

_____/

## DEFENDANTS' PROPOSED JURY VERDICT FORM
## AS TO PLAINTIFF RAUL MOREIRA

**Do you find from a preponderance of the evidence that:**

1.     Raul Moreira was an Employee of Americlean Building Maintenance, Inc.?

       Yes _____        No _____

   *If you answered "No" to Question 1, your verdict is for the Defendants as to this Plaintiff's claim and it is unnecessary to answer questions 2 through 5.*

   *If you answered "Yes" to this question, please answer Questions 2, 3, 4, and 5*

2.     James S. Johnson, individually, was Raul Moreira's Employer?

       Yes _____        No _____

   *If you answered "No" to Question 2, your verdict is for James S. Johnson and questions 3 and 4 relate only to the entity Defendant.*

3.     The Defendant(s) failed to pay Raul Moreira minimum wages?

       Yes _____        No _____

   *If you answered "No" to Question 3, your verdict is for the Defendant(s) and it is unnecessary to answer questions 4 through 5.*

   *If you answered "Yes" to this question, please answer Questions 4 and 5.*

4.      The Defendan(s) knew or showed reckless disregard for whether their conduct was
        prohibited by the FLSA's minimum wage requirements?

        Yes _____          No _____


5.      Plaintiff, Raul Moreira, should have been paid $_____ in minimum
        wages.

SO SAY WE ALL.

_____
JURY FOREPERSON


_____
DATE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:15-cv-22606-CMA

MELBA MOREIRA, RAUL MOREIRA,
RAFAELA LEONOR RUIZ, and all others
similarly stated under 29 U.S.C. §216(b),

  Plaintiff,

v.

AMERICLEAN BUILDING
MAINTENANCE, INC., JAMES S.
JOHNSON,

  Defendants.

_____/

**DEFENDANTS' PROPOSED JURY VERDICT FORM**
**AS TO PLAINTIFF RAFAELA LEONOR RUIZ**

  **Do you find from a preponderance of the evidence that:**

1. Rafaela Leonor Ruiz was an Employee of Americlean Building Maintenance, Inc.?

  Yes _____  No _____

  *If you answered "No" to Question 1, your verdict is for the Defendants as to this Plaintiff's claim and it is unnecessary to answer questions 2 through 5.*

  *If you answered "Yes" to this question, please answer Questions 2, 3, 4, and 5.*

2. James S. Johnson, individually, was Rafaela Leonor Ruiz's Employer?

  Yes _____  No _____

  *If you answered "No" to Question 2, your verdict is for James S. Johnson and questions 3 and 4 relate only to the entity Defendant.*

3. The Defendant(s) failed to pay Rafaela Leonor Ruiz minimum wages?

  Yes _____  No _____

  *If you answered "No" to Question 3, your verdict is for the Defendant(s) and it is unnecessary to answer questions 4 through 5.*

  *If you answered "Yes" to this question, please answer Questions 4 and 5.*

3

4.      The Defendant(s) knew or showed reckless disregard for whether their conduct was
        prohibited by the FLSA's minimum wage requirements?

        Yes _____          No _____


5.      Plaintiff, Rafaela Leonor Ruiz, should have been paid $_____ in
        minimum wages.

SO SAY WE ALL.

                                        _____
                                        JURY FOREPERSON

                                        _____
                                        DATE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 1:15-cv-22606-CMA

MELBA MOREIRA, RAUL MOREIRA,
RAFAELA LEONOR RUIZ, and all others
similarly stated under 29 U.S.C. §216(b),

      Plaintiff,

v.

AMERICLEAN                 BUILDING
MAINTENANCE,    INC.,    JAMES    S.
JOHNSON,

      Defendants.

_____/

**DEFENDANTS' PROPOSED JURY VERDICT FORM**
**AS TO PLAINTIFF MELBA MOREIRA**

**Do you find from a preponderance of the evidence that:**

1.     Melba Moreira was an Employee of Americlean Building Maintenance, Inc.?

     Yes _____      No _____

     *If you answered "No" to Question 1, your verdict is for the Defendants as to this Plaintiff's claim and it is unnecessary to answer questions 2 through 5.*

     *If you answered "Yes" to this question, please answer Questions 2, 3, 4, and 5.*

2.     James S. Johnson, individually, was Melba Moreira's Employer?

     Yes _____      No _____

     *If you answered "No" to Question 2, your verdict is for James S. Johnson and questions 3 and 4 relate only to the entity Defendant.*

3.     The Defendant(s) failed to pay Melba Moreira minimum wages?

     Yes _____      No _____

     *If you answered "No" to Question 3, your verdict is for the Defendant(s) and it is unnecessary to answer questions 4 through 5.*

     *If you answered "Yes" to this question, please answer Questions 4 and 5.*

5

4.    The Defendant(s) knew or showed reckless disregard for whether their conduct was
prohibited by the FLSA's minimum wage requirements?

Yes _____          No _____

5.    Plaintiff, Melba Moreira, should have been paid $_____ in minimum
wages.

SO SAY WE ALL.

_____

JURY FOREPERSON

_____

DATE