

**FLORIDA STATE SECURITY**

**BUILDING ENTRY LOG**

BUILDING # 1411 Ecoplex     OFFICER NAME & ID: Lionel Antoine 1047

OFFICER: PLEASE FILL OUT FORM UNTIL FULL     SHIFT: 2nd

| DATE | VISITOR NAME | TENENT NAME | FLOOR # | TIME IN | TELE#/REMARKS |
|---|---|---|---|---|---|
| 10/27 | Melba | | 1-4 | 630 | out 1200 |
| 10/27/15 | Leo | | 1-4 | 630 | out 1200 |
| 10/27/15 | Raul | | 1-4 | 630 | out 1200 |
| 10-28-15 | Melba | | 1-4 | 700 | out 1150 |
| 10-28-15 | Leo | | 1-4 | 700 | out 1150 |
| 10-28-15 | Raul | | 1-4 | 700 | out 1150 |
| 10-29-15 | Melba | | 1-4 | 700 | out 1150 |
| 10-29-15 | Leo | | 1-4 | 700 | out 1150 |
| 10-29-15 | Raul | | 1-4 | 700 | out 1150 |
| 10-30 | Melba | | 1-4 | 700 | out 1115 |
| 10-30-15 | Leo | | 1-4 | 700 | out 1115 |
| 10-30-15 | Raul | | 1-4 | 700 | out 1115 |
| 11/2/15 | Melba | | 1-4 | 630 | out 1225 |
| 11/2-15 | Leo | | 1-4 | 630 | out 1225 |
| 11/2/15 | Raul | | 1-4 | 630 | out 1225 |
| 11-3-15 | Melba | | 1-4 | 730 | out 1245 |
| 11-3-15 | Leo | | 1-4 | 730 | out 1245 |
| 11-3-15 | Raul | | 1-4 | 730 | out 1245 |
| 11-4-15 | Melba | | 1-4 | 630 | out 1130 |
| 11-4-15 | Leo | | 1-4 | 630 | out 1130 |
| 11-4-15 | Raul | | 1-4 | 630 | out 1130 |



# FLORIDA STATE SECURITY
## BUILDING ENTRY LOG

BUILDING # 1641 Fooplex Bldg   OFFICER NAME & ID B. Armstrong #633

OFFICER: PLEASE FILL OUT FORM UNTIL FULL   SHIFT 1600-2300

| DATE | VISITOR NAME | TENENT NAME | FLOOR # | TIME IN | TELE#/REMARKS |
|---|---|---|---|---|---|
| 11/5 | Melba | | 1-4 | 700 | out 1150 |
| 11/5-15 | Leo | | 1-4 | 700 | out 1150 |
| 11/5/15 | Raul | | 1-4 | 700 | out 1150 |
| 11/6/15 | Melba | | 1-4 | 645 | out 1050 |
| 11/6/15 | Leo | | 1-4 | 645 | out 1050 |
| 11/6/15 | Raul | | 1-4 | 645 | out 1050 |
| 11/9/15 | Melba | | 1-4 | 630 | out 1210 |
| 11/9-15 | Leo | | 1-4 | 630 | out 1210 |
| 11.9.15 | Raul | | 1-4 | 630 | out 1210 |
| 11/10/15 | Melba | | 1-4 | 630 | out 1100 |
| 11/9-15 | Leo | | 1-4 | 630 | out 1100 |
| 11 9 15 | Raul | | 1-4 | 630 | out 1100 |
| 11/10/15 | Melba | | 1-4 | 715 | out 1200 |
| 11/10/15 | Leo | | 1-4 | 715 | out 1200 |
| 11/10/15 | Raul | | 1-4 | 715 | out 1200 |
| 11/12 | Melba | | 1-4 | 700 | out 1200 |
| 11/12/15 | Leo | | 1-4 | 700 | out 1200 |
| 11-12-15 | Raul | | 1-4 | 700 | out 1200 |
| 11/13/15 | Melba | | 1-4 | 700 | out 1145 |
| 11-13-15 | Leo | | 1-4 | 700 | out 1145 |
| 11-13-15 | Raul | | 1-4 | 700 | out 1145 |