UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: CASE NO.: 1:15-cv-22606-CMA

MELBA MOREIRA, RAUL MOREIRA,　　)
RAFAELA LEONOR RUIS, and all others　)
similarly situated under 29 U.S.C. 216(B),　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiffs,　　　　　　)
vs.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
AMERICLEAN BUILDING　　　　　　　)
MAINTENANCE, INC., JAMES S.　　　　)
JOHNSON,　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　　　　)
_____

## PLAINTIFF'S MOTION TO WITHDRAW ATTORNEY AS COUNSEL

Comes Now Plaintiff, by and through undersigned counsel, and hereby requests that attorney Elizabeth Heuber Esq. be removed as attorney of record on behalf of Plaintiff in this case, and requests that she be removed from the service list in this matter, and in support thereof, states as follows:

1.  Elizabeth Heuber Esq.  is no longer associated with the firm J.H. Zidell, P.A.

2.  J.H. Zidell, Esq. and all attorneys of record other than Elizabeth Heuber Esq., associated with the firm J.H. Zidell, P.A. remain counsel of record on behalf of Plaintiff.

WHEREFORE, it is respectfully requested that the Court enter an Order terminating Elizabeth Heuber Esq. as attorney of record in this action.

## CERTIFICATE OF CONFERRAL

I hereby certify that I conferred with all parties or counsel of record that will be affected by the relief sought herein via email on March 9, 2016. The opposing council does not oppose.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By:  /s/ Rivka F. Jaff
Rivka F. Jaff, Esq.
Rivka.jaff@gmail.com
Florida Bar Number: 107511

<u>**CERTIFICATE OF SERVICE**</u>:

I hereby certify that a true and correct copy of the foregoing was delivered electronically via CM/ECF to all counsel or parties of record in the Service List below on March 14, 2016.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Rivka F. Jaff
Rivka F. Jaff, Esq.
Rivka.jaff@gmail.com
Florida Bar Number: 107511

<u>**SERVICE LIST**</u>

Adi Amit, Esq.
Natalie P. Mescolotto, Esq.
LUBELL & ROSEN, LLC
200 S Andrews Ave.,Suite 900
Ft. Lauderdale, Florida 33301
adi@lubellrosen.com
npm@lubellrosen.com

*Attorneys for Defendants*