UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-22606-CIV-ALTONAGA/O'Sullivan

**MELBA MOREIRA**, *et al.*,

    Plaintiffs,

v.

**AMERICLEAN BUILDING
MAINTENANCE, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on Plaintiff's Motion to Withdraw Attorney as Counsel ("Motion") [ECF No. 67]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Elizabeth Heuber, Esq. is relieved of further responsibility in this matter.

**DONE AND ORDERED** in Chambers at Miami, Florida this 15th day of March, 2016.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc: counsel of record