UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22606-CIV-O'SULLIVAN

[CONSENT]

MELBA MOREIRA, RAUL MOREIRA,
and RAFAELA LEONOR RUIS,

    Plaintiffs,

v.

AMERICLEAN BUILDING MAINTENANCE,
INC. and JAMES S. JOHNSON,

    Defendants.
_____/

## NOTICE OF HEARING

THIS MATTER is before the Court pursuant to the parties' Election to Jurisdiction by a United States Magistrate Judge for All Matters Including Trial (DE# 73, 3/29/16). This matter was referred to the undersigned by the Honorable Cecilia M. Altonaga in accordance with 28 U.S.C. § 636(b) (DE# 74, 3/30/16). Accordingly,

PLEASE TAKE NOTICE that this matter is set for a status hearing before the undersigned on **Monday, April 4, 2016 at 10:00 AM** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss a trial date at that time.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

DONE AND ORDERED in Chambers at Miami, Florida this **30th** day of March, 2016.

                                                                 _____
                                                                 JOHN J. O'SULLIVAN
                                                                 UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record