UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-22606-CIV-O'SULLIVAN
[CONSENT]

MELBA MOREIRA, RAUL MOREIRA,
and RAFAELA LEONOR RUIS,

        Plaintiffs,

v.

AMERICLEAN BUILDING MAINTENANCE,
INC. and JAMES S. JOHNSON,

        Defendants.

_____/

**ORDER**

THIS MATTER is before the Court on the parties' Renewed Joint Motion to Continue Trial (DE# 77, 4/1/16). Having reviewed the applicable filings and the law and having held a status hearing on April 4, 2016, it is

ORDERED AND ADJUDGED that the Renewed Joint Motion to Continue Trial (DE# 77, 4/1/16) is **GRANTED** as follows:

1.     This case is set for trial commencing **Tuesday, May 10, 2016**, before United States Magistrate Judge John J. O'Sullivan at the United States District Court, 301 North Miami Avenue, Miami, Florida, Fifth Floor.

2.     All parties are directed to report to the calendar call at **10:00 AM on Thursday, April 21, 2016**, at which time all matters relating to the scheduled trial date may be brought to the attention of the Court.

3.     Amended exhibit lists and any objections to the amended exhibits shall be filed with the Court no later than **Monday, April 18, 2016**.

DONE AND ORDERED in Chambers at Miami, Florida this **4th** day of April, 2016.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record