# United States District Court

## SOUTHERN DISTRICT OF FLORIDA – MIAMI DIVISION

MELBA MOREIRA, RAUL MOREIRA, RAFAELA LEONOR RUIZ,

            Plaintiffs,

vs.

AMERICLEAN BUILDING MAINTENANCE, INC., JAMES S. JOHNSON,

Defendants.

**PLAINTIFF'S EXHIBIT LIST**

CASE NO.: 1:15-cv-22606-JJO

[CONSENT CASE]

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Magistrate Judge John J. O'Sullivan | J.H. Zidell, Esq.<br>J.H. Zidell P.A.<br>300 71st Street<br>Suite 605<br>Miami Beach, Florida 33141 | Adi Amit, Esquire<br>Museum Plaza<br>200 S. Andrews Avenue<br>Suite 900<br>Fort Lauderdale, FL 33301 |

| TRIAL DATE(S) | | |
|---|---|---|
| May 10 2016 | | |

| PLF. NO | Defendants' Objections | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* and Defendants' Objections |
|---|---|---|---|---|---|
| 1 | H, R, UP | | | | Plaintiffs' Statement of Claim Redacted to Eliminate Liquidated Damages and Attorneys' Fees |
| 2 | **H, Violation of Discovery Rule and Scheduling Order** | | | | Minimum Wage Notice Letters |
| 3 | | | | | Americlean Uniforms |
| 4 | | | | | Paystubs re: Melba Moreira |
| 5 | **Unknown due to insufficient description** | | | | Checks Regarding Payments to Melba Moreira |
| 6 | | | | | Subcontractor Disciplinary Form |
| 7 | | | | | "Moreira's Cleaning Service Invoices" |
| 8 | H, A, R, UP | | | | Building entry log for Ecoplex. |
| 9 | | | | | ALL IMPEACHMENT EXHIBITS |
| 10 | | | | | RIGHT RESERVED TO INTRODUCE ANY EXHIBIT LISTED ON DEFENDANTS' EXHIBIT LIST. |

1

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Joshua H. Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on April 18, 2016.

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiff*

By: /s/ Joshua Sheskin
Joshua H. Sheskin, Esq.
Jsheskin.jhzidellpa@gmail.com
Florida Bar Number: 93028