## UNITED STATES DISTRICT COURT

### Southern District of Florida

| MELBA MOREIRA, RAUL MOREIRA, RAFAELA LEONOR RUIZ, <br><br>Plaintiffs, <br><br>v. <br><br>AMERICLEAN BUILDING MAINTENANCE, INC., JAMES S. JOHNSON, <br><br>Defendants. | Case No.: 1:15-cv-22606-JJO <br><br>Consent Case <br><br>**DEFENDANTS' EXHIBIT LIST** |
|---|---|
| **PRESIDING JUDGE** <br>Honorable Magistrate Judge John J. O'Sullivan | **PLAINTIFF'S ATTORNEY** <br>J.H. Zidell, Esq. <br>J.H. Zidell, P.A. <br>300 71st Street, Suite 605 <br>Miami Beach, FL 33141 | **DEFENDANTS' ATTORNEY** <br>Adi Amit, Esq. <br>Joshua M. Bloom, Esq. <br>Lubell & Rosen, LLC <br>200 S. Andrews Ave., Suite 900 <br>Fort Lauderdale, FL 33301 |
| **TRIAL DATE** <br>May 10, 2016 | **COURT REPORTER** | **COURTROOM DEPUTY** |

| PLF ObJ. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION |
|---|---|---|---|---|---|
|  | D-A |  |  |  | Melba Moreira's Contract Form, |
| UP | D-B |  |  |  | Melba Moreira Identification Forms |
| R, Inappropriate. Exhibit, UP, I | D-C |  |  |  | Melba Moreira's W9 Form, |
|  | D-D |  |  |  | Payment Ledger Melba Moreira, |
|  | D-E |  |  |  | Copies of Payment Checks and Stubs to Melba Moreira, |
| R, UP, A | D-F |  |  |  | Raul Moreira's Time Sheets from Reflections of Boca Raton, |
| R, UP, A, H, I | D-G |  |  |  | Raul Moreira's Employee File from Reflections of Boca Raton – Fisher Management Company, Inc., |
| R, UP, Unnecessary Confusion | D-H |  |  |  | Raul Moreira's Pay Stubs from Reflections of Boca Raton – Fisher Management Company, Inc., |

| | | | | | |
|---|---|---|---|---|---|
| R | D-I | | | | Florida Department of State Division of Corporations records for Soft Touch Services, Inc., |
| R | D-J | | | | Florida Department of State Division of Corporations records for Florida Great Cleaning Service Inc., |
| R, H, Inappropriate. Exhibit, UP, I | D-K | | | | Raul Moreira and Melba Moreira's 2012 Tax Returns and all attachments and documents, |
| R, H, Inappropriate. Exhibit, UP, I | D-L | | | | Raul Moreira and Melba Moreira's 2013 Tax Returns and all attachments and documents, |
| R, H, Inappropriate. Exhibit, UP, I | D-M | | | | Raul Moreira and Melba Moreira's 2014 Tax Returns and all attachments and documents, |
| | D-N | | | | Floor Plans for Floors 1 and 4 of EcoPlex Building, |
| R, H, Inappropriate. Exhibit, UP, Object to all fee, cost and liquidated damages references | D-O | | | | Melba Moreira's Answers to Interrogatories |
| R, H, Inappropriate. Exhibit, UP, Object to all fee, cost and liquidated damages references | D-P | | | | Melba Moreira's Supplemental Answers to Interrogatories |
| R, H, Inappropriate. Exhibit, UP, Object to all fee, cost and liquidated damages references | D-Q | | | | Raul Moreira's Answers to Interrogatories, |
| R, H, Inappropriate. Exhibit, UP, Object to all fee, cost and | D-R | | | | Raul Moreira's Supplemental Answers to Interrogatories, |

| | | | | | |
|---|---|---|---|---|---|
| liquidated damages references | | | | | |
| R, H, Inappropriate. Exhibit, UP Object to all fee, cost and liquidated damages references | D-S | | | | Rafaela Leonor Ruiz's Answers to Interrogatories, |
| H, R, Inappropriate. Exhibit, UP, Object to all fee, cost and liquidated damages references | D-T | | | | Rafaela Leonor Ruiz's Supplemental Answers to Interrogatories, |
| H, Inappropriate Exhibit, R, UP | | | | | All witness deposition transcripts for rebuttal as necessary |
| R, Inappropriate. Exhibit, H, UP | | | | | All Plaintiffs' responses and supplemental responses to requests for production |
| Unfair Surprise, Lack of Predicate, Foundation, and Ambiguous | | | | | All other evidence for rebuttal as necessary |

Respectfully submitted this 18th day of April, 2016.

            LUBELL & ROSEN
            *Attorneys for Defendants*
            200 S. Andrews Avenue, Suite 900
            Ft. Lauderdale, Florida 33301
            Phone: (954) 880-9500
            Fax: (954) 755-2993

            By:___*/s/ Adi Amit*_____
              Adi Amit, Esquire
              Florida Bar No.: 35257
              adi@lubellrosen.com
              Josh M. Bloom, Esquire

                                          Florida Bar No.: 88559
                                          jmb@lubellrosen.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 18, 2016, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          /s/ *Adi Amit*
                                          Adi Amit, Esq.

## **SERVICE LIST**

*Melba Moreira, et al. v. Americlean Building Maintenance, Inc., et al.,*
S.D. Fla. Case No. 1:15-cv-22606-JJO

| | |
|---|---|
| Stephen M. Fox, Jr., Esq. | Josh Bloom, Esq. |
| Rivkah F. Jaff, Esq. | Adi Amit, Esq. |
| Allyson G. Kutner, Esq. | Lubell & Rosen, LLC |
| Jamie H. Zidell, Esq. | 200 S. Andrews Avenue |
| J.H. Zidell, P.A. | Suite 900 |
| 300 71st Street | Fort Lauderdale, Florida 33301 |
| Suite 605 | jmb@lubellrosen.com |
| Miami Beach, Florida 33141 | adi@lubellrosen.com |
| Stephen.fox.esq@gmail.com | *Counsel for Defendants* |
| Rivkah.Jaff@gmail.com | |
| Amorgado.jhzidell@gmail.com | |
| zabogado@aol.com | |
| *Counsel for Plaintiffs* | |