UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-22606-CIV-O'SULLIVAN

[CONSENT]

MELBA MOREIRA, RAUL MOREIRA,
and RAFAELA LEONOR RUIS,

      Plaintiffs,

v.

AMERICLEAN BUILDING MAINTENANCE,
INC. and JAMES S. JOHNSON,

      Defendants.

_____/

## ORDER

THIS MATTER is before the Court following calendar call on April 22, 2016.

Having reviewed the applicable filings and the law and having heard from the parties, it

is

ORDERED AND ADJUDGED that on or before **Thursday, May 5, 2016**, the

parties shall re-file the agreed verdict form and the jury instructions. The parties shall

also email a copy of both documents to the Court at o'sullivan@flsd.uscourts.gov.

DONE AND ORDERED in Chambers at Miami, Florida this **22nd** day of April,

2016.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record