UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-22606-CIV-O'SULLIVAN

[CONSENT]

MELBA MOREIRA, RAUL MOREIRA,
and RAFAELA LEONOR RUIS,

    Plaintiffs,

v.

AMERICLEAN BUILDING MAINTENANCE,
INC. and JAMES S. JOHNSON,

    Defendants.
_____/

## ORDER

THIS MATTER is before the Court on the Motion to Enforce Pretrial Stipulations or in the Alternative Stay Trial (DE# 86, 4/27/16). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Motion to Enforce Pretrial Stipulations or in the Alternative Stay Trial (DE# 86, 4/27/16) is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida this **28th** day of April, 2016.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record