UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:15-cv-22606-CMA

MELBA MOREIRA, RAUL MOREIRA,
RAFAELA LEONOR RUIZ, and all others
similarly stated under 29 U.S.C. §216(b),

      Plaintiff,

v.

AMERICLEAN BUILDING
MAINTENANCE, INC., JAMES S.
JOHNSON,

      Defendants.
_____/

## JURY VERDICT FORM
## AS TO PLAINTIFF RAUL MOREIRA

**Do you find from a preponderance of the evidence that:**

1. Raul Moreira was an Employee of Americlean Building Maintenance, Inc.?

    Yes _____     No ___✓_____

*If you answered "No" to Question 1, your verdict is for the Defendants as to this Plaintiff's claim and it is unnecessary to answer questions 2 through 5.*

*If you answered "Yes" to this question, please answer Questions 2, 3, 4, and 5*

2. James S. Johnson, individually, was Raul Moreira's Employer?

    Yes _____     No _____

*If you answered "No" to Question 2, your verdict is for James S. Johnson and questions 3 and 4 relate only to the entity Defendant.*

3. The Defendant(s) failed to pay Raul Moreira minimum wages?

    Yes _____     No _____

*If you answered "No" to Question 3, your verdict is for the Defendant(s) and it is unnecessary to answer questions 4 through 5.*

*If you answered "Yes" to this question, please answer Questions 4 and 5.*

1

4. The Defendan(s) knew or showed reckless disregard for whether their conduct was prohibited by the FLSA's minimum wage requirements?

   Yes _____     No _____

   *If you answered "No" to Question 4, you may consider unpaid wages for the period of 7/10/13 to the present.*

   *If you answered "Yes" to Question 4, you may consider unpaid wages for the period of 7/10/12 to the present.*

5. Plaintiff, Raul Moreira, should have been paid $_____ in minimum wages.

SO SAY WE ALL.

_____
JURY FOREPERSON

05-11-16
_____
DATE