UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-22606-CIV-O'SULLIVAN

[CONSENT]

MELBA MOREIRA, RAUL MOREIRA,
and RAFAELA LEONOR RUIS,

    Plaintiffs,

v.

AMERICLEAN BUILDING MAINTENANCE,
INC. and JAMES S. JOHNSON,

    Defendants.
_____/

## FINAL JUDGMENT

THIS MATTER comes before the Court following a jury trial. It is

ORDERED AND ADJUDGED that judgment is hereby entered in favor of the defendants, AMERICLEAN BUILDING MAINTENANCE, INC. and JAMES S. JOHNSON, and against the plaintiffs, MELBA MOREIRA, RAUL MOREIRA, and RAFAELA LEONOR RUIS. The Court reserves jurisdiction to determine costs.

THE CLERK OF THE COURT SHALL CLOSE THIS CASE.

DONE AND ORDERED in Chambers at Miami, Florida this **12th** day of May, 2016.

                                JOHN J. O'SULLIVAN
                                UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record