# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| MELBA MOREIRA, RAUL MOREIRA, RAFAELA LEONOR RUIZ<br>v.<br>AMERICLEAN BUILDING MAINTENANCE, INC., JAMES S. JOHNSON | ) ) ) ) ) ) Case No.:1:15-cv-22606-JJO |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  05/12/2016  against  Melba Moreira, Raul Moreira, *Rafaela Leonor Ruiz*,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | 25.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 1,474.46 |
| Fees and disbursements for printing | |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | 1,870.00 |
| Other costs *(please itemize)* *Court Reporter Appearance fees - Plaintiffs' depositions* | 737.50 |
| TOTAL $ | 4,106.96 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service    [ ] First class mail, postage prepaid

[ ] Other:

s/ Attorney:  Adi Amit

Name of Attorney: Adi Amit

For:  Americlean Building Maintenance, Inc. and James S. Johnson    Date:  06/07/2016
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*      *Deputy Clerk*      *Date*

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
  "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
  "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
  Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

  When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

  Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



# INVOICE

Invoice #JVS-2015010881
11/19/2015

**PAID**
CK.NO. 9734
DATE 12/29/15



3703/-1
TJ

**Send Payments To:**
COMPASS INVESTIGATIONS
10 South New River Drive, East
Suite 205
Fort Lauderdale, FL 33301
Phone: (954) 527-5722
Fax: (954) 527-4451
TIN 59-2763119

Lubell & Rosen, LLC (Ft. Lauderdale - Process)
200 S Andrews Avenue - Ste 900
Ft. Lauderdale, FL 33301

Reference Number: (Natalie P. Mescolotto)
Your Contact: Amanda
**Case Number: For The Southern 1:15-CV-22606-CMA**

Plaintiff:
MELBA MOREIRA, RAUL MOREIRA, RAFAELA LEONOR RUIS AND ALL OTHERS SIMILARLY STATED UNDER 29 U.S.C. §216(b)

Defendant:
AMERICLEAN BUILDING MAINTENANCE, INC., JAMES S. JOHNSON

Received: 11/17/2015   Served: 11/19/2015  11:05 am  .AUTHORIZED
To be served on: FISHER MANAGEMENT COMPANY, INC. C/O DAVID SHAW AT HAILE, SHAW & PFAFFENBERGER, P.A.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Subpoena | 1.00 | 25.00 | 25.00 |
| **TOTAL CHARGED:** | | | **$25.00** |

**BALANCE DUE:**                                                                                              $25.00

Thank You for your business. Please enclose a copy of this invoice for proper credit of your account.

TERMS: DUE UPON RECEIPT IN UNITED STATES DOLLARS.

A finance charge of 1.5% per month (Annual Percentage Rate of 18%) will be charged on all amounts past due. If it becomes necessary to collect the herein sums, or any part thereof, the purchaser of services agrees to pay all cost of collection thereof, including attorney's fees and court cost. Invoices not objected to in writing within 30 days of the due date of the invoice will be deemed accepted. This acceptance includes all terms including the Attorney's fees provision.

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 235496 | 12/31/2015 | 255942 |
| **Job Date** | **Case No.** | |
| 12/9/2015 | 115CV22606CMA | |
| **Case Name** | | |
| Melba Moreira, Raul Moreira, Rafael Ruis vs. Americlean Building Maintenance, In | | |
| **Payment Terms** | | |
| Net 30 | | |

Natalie P. Mescolotto, Esquire
Lubell & Rosen, LLC
200 South Andrews Avenue
Suite 900
Fort Lauderdale, FL 33301

*57031-1*

| ORIGINAL TRANSCRIPT OF: | | |
|---|---|---|
| Melba Moriera → DEPO | 125.00 Pages | 550.00 |
| Appearance Fee | | 85.00 |
| Appearance Fee - Each Additional Hour Thereafter | 3.50 Hours | 192.50 |
| Exhibit Charge - Per Page for Black and White Copies | 156.00 | 78.00 |
| Delivery | | 20.00 |
| E-mail transcript | | 0.00 |
| Interpreting - Spanish (2 Hour Minimum) | 4.50 Hours | 495.00 |
| DISCOUNT | | -82.75 |
| | **TOTAL DUE >>>** | **$1,337.75** |

This invoice reflects firm discount. Online payments accepted at www.orangelegal.com.

Thank you for your business!

Room rates may be applicable when transcript is deferred; varies by location. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days. Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

**Tax ID:** 59-2754282

*Please detach bottom portion and return with payment.*

Natalie P. Mescolotto, Esquire
Lubell & Rosen, LLC
200 South Andrews Avenue
Suite 900
Fort Lauderdale, FL 33301

| | | | |
|---|---|---|---|
| Job No. | : 255942 | BU ID | : South FL |
| Case No. | : 115CV22606CMA | | |
| Case Name | : Melba Moreira, Raul Moreira, Rafael Ruis vs. Americlean Building Maintenance, In | | |
| Invoice No. | : 235496 | Invoice Date | : 12/31/2015 |
| Total Due | : $ 1,337.75 | | |

**Remit To:** Orange Legal, Inc.
633 East Colonial Drive
Orlando, FL 32803

1-800-275-7991

**PAYMENT WITH CREDIT CARD**  AMEX  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                          Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:




# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 234898 | 12/18/2015 | 255938 |
| Job Date | Case No. | |
| 12/14/2015 | 115CV22606CMA | |
| Case Name | | |
| Melba Moreira, Raul Moreira, Rafael Ruis vs. Americlean Building Maintenance, In | | |
| Payment Terms | | |
| Net 30 | | |

Natalie P. Mescolotto, Esquire
Lubell & Rosen, LLC
200 South Andrews Avenue
Suite 900
Fort Lauderdale, FL 33301

Raul Moreira
    Appearance Fee - First hour, deferred      95.00
    Appearance Fee - Each Additional Hour, deferred      5.00      375.00
    Interpreting - Spanish (2 Hour Minimum)      6.00 Hours      660.00
    Estimated # of Pages      130.00      0.00
Rafaela Leonor Ruiz
    Estimated # of Pages      62.00      0.00
    DISCOUNT      -47.00

TOTAL DUE >>>      $1,083.00

Payments may be made online at www.orangelegal.com.

Thank you for your business!

Room rates may be applicable when transcript is deferred; varies by location. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days. Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

(-) Payments/Credits:      1,083.00
(+) Finance Charges/Debits:      0.00
(=) New Balance:      0.00

Tax ID: 59-2754282

*Please detach bottom portion and return with payment.*

Natalie P. Mescolotto, Esquire
Lubell & Rosen, LLC
200 South Andrews Avenue
Suite 900
Fort Lauderdale, FL 33301

Job No.   : 255938      BU ID   : South FL
Case No.   : 115CV22606CMA
Case Name   : Melba Moreira, Raul Moreira, Rafael Ruis vs. Americlean Building Maintenance, In
Invoice No.   : 234898      Invoice Date   : 12/18/2015
**Total Due**   : **$0.00**

Remit To:    Orange Legal, Inc.      1-800-275-7991
             633 East Colonial Drive
             Orlando, FL 32803

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA
Cardholder's Name:
Card Number:
Exp. Date:      Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



37031-1
TS: ✓ PY
/AA-

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 236024 | 1/14/2016 | 255938 |
| **Job Date** | **Case No.** | |
| 12/14/2015 | 115CV22606CMA | |
| **Case Name** | | |
| Melba Moreira, Raul Moreira, Rafael Ruis vs. Americlean Building Maintenance, In | | |
| **Payment Terms** | | |
| Net 30 | | |

Adi Amit, Esquire
Lubell & Rosen, LLC
200 South Andrews Avenue
Suite 900
Fort Lauderdale, FL 33301

| | | |
|---|---|---|
| ORIGINAL TRANSCRIPT OF: | | |
|    Rafaela Leonor Ruiz; Backorder | 54.00 Pages | 237.60 |
|       6 Day Expedite | | 71.28 |
|       Exhibit Charge - Per Page for Black and White Copies | 13.00 | 6.50 |
|       E-mail transcript | | 0.00 |
|       Delivery, Process and Archive | | 40.00 |
| ORIGINAL TRANSCRIPT OF: | | |
|    Raul Moreira; Backorder | 113.00 Pages | 497.20 |
|       6 Day Expedite | | 149.16 |
|       Exhibit Charge - Per Page for Black and White Copies | 100.00 | 50.00 |
|       E-mail transcript | | 0.00 |
|       DISCOUNT | | -95.53 |
| | **TOTAL DUE  >>>** | **$956.21** |

Payments may be made online at www.orangelegal.com.

Thank you for your business!

Room rates may be applicable when transcript is deferred; varies by location. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days. Payment not contingent on client reimbursement. If turned over to

**Tax ID:** 59-2754282

*Please detach bottom portion and return with payment.*

Adi Amit, Esquire
Lubell & Rosen, LLC
200 South Andrews Avenue
Suite 900
Fort Lauderdale, FL 33301

Job No.      : 255938          BU ID     : South FL
Case No.     : 115CV22606CMA
Case Name    : Melba Moreira, Raul Moreira, Rafael Ruis vs.
               Americlean Building Maintenance, In
Invoice No.  : 236024          Invoice Date : 1/14/2016
Total Due    : $ 956.21

**Remit To:** Orange Legal, Inc.     1-800-275-7991
            633 East Colonial Drive
            Orlando, FL 32803

| PAYMENT WITH CREDIT CARD | AMEX    VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 272809 | 5/10/2016 | 300770 |
| Job Date | Case No. | |
| 5/6/2016 | | |

**Case Name**

**Payment Terms**

Net 30

Adi Amit, Esquire
Lubell & Rosen, LLC
200 South Andrews Avenue
Suite 900
Fort Lauderdale, FL  33301

Translation: American Building Maintenance; Independent Contractor Profile

    Translation Services      415.00

TOTAL DUE  >>>  $415.00

Spanish to English translation

Payments may be made online at www.orangelegal.com.

Thank you for your business!

Room rates may be applicable when transcript is deferred; varies by location. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days.  Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

**Tax ID: 59-2754282**

*Please detach bottom portion and return with payment.*

Adi Amit, Esquire
Lubell & Rosen, LLC
200 South Andrews Avenue
Suite 900
Fort Lauderdale, FL  33301

Job No.     : 300770           BU ID      : South FL
Case No.    :
Case Name   :

Invoice No. : 272809           Invoice Date : 5/10/2016
**Total Due** : **$415.00**

Remit To:  Orange Legal, Inc.     1-800-275-7991
           633 East Colonial Drive
           Orlando, FL  32803

**PAYMENT WITH CREDIT CARD**          AMEX / / VISA
Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 270812 | 5/4/2016 | 298422 |
| Job Date | Case No. | |
| 5/1/2016 | | |
| Case Name | | |
| | | |
| Payment Terms | | |
| Net 30 | | |

Adi Amit, Esquire
Lubell & Rosen, LLC
200 South Andrews Avenue
Suite 900
Fort Lauderdale, FL  33301

Translation of W-9

    Translation Services

                                                                                                              100.00

                                                             TOTAL DUE  >>>     $100.00

Translation from Spanish to English

Payments may be made online at www.orangelegal.com.

Thank you for your business!

Room rates may be applicable when transcript is deferred; varies by location. Invoices will accrue interest at 1.5% per month on unpaid balances, net 30 days. Invoice cannot be adjusted after 30 days.  Payment not contingent on client reimbursement. If turned over to collections, jurisdiction will be Orange County, Florida, and you agree to pay all collection costs and attorney fees.

**Tax ID:** 59-2754282

*Please detach bottom portion and return with payment.*

Adi Amit, Esquire
Lubell & Rosen, LLC
200 South Andrews Avenue
Suite 900
Fort Lauderdale, FL  33301

| | |
|---|---|
| Job No. | : 298422 |
| Case No. | : |
| Case Name | : |
| Invoice No. | : 270812 |
| Total Due | : $100.00 |

| | |
|---|---|
| BU ID | : Central FL |
| Invoice Date | : 5/4/2016 |

| PAYMENT WITH CREDIT CARD | AMEX  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To:   Orange Legal, Inc.         1-800-275-7991
                633 East Colonial Drive
                Orlando, FL  32803

# A & M INTERPRETING AND TRANSLATING SERVICES
## Maria A. Marcillo
Federally Certified Court Interpreter

365 N.E. 99th St.

Miami Shores, Fl.   33138

Phone/Fax 305-757-4599

Cell Phone:  305 904.2575

May 16,, 2016

Adi Amit
Lubelll Rosen

**INVOICE**
**No. 3992**

| | |
|---|---|
| DATE OF SERVICE: | May 11, 2016 |
| CASE: | Melba Moreira vs. Americlean Building Maintenance |
| DESCRIPTION: | Inerpreting services for jury trial |
| TERMS: | Net due upon receipt |

| TIME | RATE | TOTAL |
|---|---|---|
| 2 hrs.* | $100.00 | $200.00 |

*minimum charge

Thank you for your business.